UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MAIN PASS OIL GATHERING COMPANY, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**SUBSEA 7 MARINE (US) INC.,**<br><br>Defendant. | CIVIL ACTION NO. 25-00890<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE EVA J. DOSSIER |

### ANADARKO'S UNOPPOSED MOTION FOR INTERVENTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 24

NOW INTO COURT, through undersigned counsel, come Plaintiffs in Intervention Anadarko Petroleum Corporation and Anadarko US Offshore LLC (collectively herein, "Anadarko") who respectfully move under Federal Rule of Civil Procedure 24 to intervene in this action as a matter of right or, in the alternative, permissively. Anadarko seeks intervention in the above-captioned matter to assert claims against Main Pass Oil Gathering Company, LLC ("MPOG") and Subsea 7 Marine (US) Inc. ("Subsea 7").

This motion is supported by the accompanying Memorandum in Support of Anadarko's Motion for Intervention Pursuant to Federal Rule of Civil Procedure 24. Pursuant to Local Rule 7.6, counsel for Anadarko attempted to obtain consent for the filing from all parties having an interest to oppose. MPOG and Subsea 7 both consent to Anadarko's intervention.

Anadarko seeks intervention as of right under Rule 24(a)(2), or alternatively, permissive intervention under Rule 24(b). Rule 24(a)(2) provides, in pertinent part, that

1

"[o]n timely motion, the court must permit anyone to intervene … who claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest." Fed. R. Civ. P. 24(a)(2). Anadarko has a direct, substantial, and legal interest in the claims it intends to assert against MPOG that are foundational to the products liability claims and Oil Pollution Act contribution claims MPOG has brought against Subsea 7. Anadarko's application is timely because these proceedings are still in their infancy; this Motion was filed just days after Subsea 7 filed it Defenses and Answer in response to MPOG's complaint, and a scheduling order has not yet been entered into in this matter.

    Alternatively, Anadarko respectfully requests that the Court exercise its discretion to grant permissive intervention, which is proper on timely motion when the proposed intervenor's claim or defense "shares with the main action a common question of law or fact" and granting the intervention will not "unduly delay or prejudice the adjudication of the original parties' rights." Fed. R. Civ. P. 24(b). Anadarko's application is timely, relates to common questions of law or fact as the main action, and will not unduly delay this case or prejudice the existing parties.

    For the foregoing reasons and the reasons set forth in full in the accompanying Memorandum, Anadarko respectfully requests that the Court grant Anadarko's Motion to Intervene pursuant to Rule 24 of the Federal Rules of Civil Procedure.

[signatures on following page]

Respectfully submitted,

*/s/ Kerry J. Miller*
James R. Swanson (La. Bar No. 18455)
Stephen J. Herman (La. Bar No. 23129)
Kerry J. Miller (La. Bar No. 24562)
Zoe C. Vogel (La. Bar No. 40982)
FISHMAN HAYGOOD LLP
201 St. Charles Ave, Ste 4600
New Orleans, LA 70170
Tel: (504) 586-5252
Fax: (504) 586-5250
jswanson@fishmanhaygood.com
sherman@fishmanhaygood.com
kmiller@fishmanhaygood.com
zvogel@fishmanhaygood.com

*Counsel for Anadarko Petroleum Corporation, Anadarko US Offshore LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon all counsel of record through the CM/ECF filing system with the Clerk of Court of the United States Court for the Eastern District of Louisiana, this 11th day of September, 2025.

*/s/ Kerry J. Miller*
Kerry J. Miller

## CERTIFICATION PURSUANT TO LOCAL RULE 7.6

I hereby certify that counsel for Anadarko Petroleum Corporation and Anadarko US Offshore LLC conferred with counsel for Main Pass Oil Gathering Company, LLC and Subsea 7 Marine (US) Inc. and obtained consent from both parties to intervene in this action.

Date: September 11, 2025

*/s/ Kerry J. Miller*
Kerry J. Miller
