UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MAIN PASS OIL GATHERING COMPANY, LLC** | **CIVIL ACTION** |
| | **NUMBER: 2:25-cv-00890** |
| **VERSUS** | **SECTION "I" (3)** |
| **SUBSEA 7 MARINE (US) INC.** | **JUDGE FALLON** |
| | **MAGISTRATE DOSSIER** |

## DEFENSES AND ANSWER TO COMPLAINT IN INTERVENTION OF ANADARKO

NOW INTO COURT, through undersigned counsel, comes Subsea 7 Marine (US) Inc. ("Subsea 7" or "Defendant"), sought to be made defendant herein, to file its defenses and answer to the Complaint in Intervention of Anadarko Petroleum Corporation and Anadarko US Offshore LLC (hereinafter collectively referred to as "Anadarko") as follows:

## PREFATORY STATEMENT

The Complaint in Intervention relates to the manufacture, sale and installation (by others) of equipment occurring nearly 25 years ago involving entities other than Subsea 7. Subsea 7 has not yet located files or witnesses having knowledge of the facts at issue in this action. Accordingly, Subsea 7 reserves its rights to liberally amend it pleadings as discovery proceeds.

## FIRST DEFENSE

The Complaint in Intervention fails to state a claim, cause, or right of action, in whole or in part, against Subsea 7 upon which relief can be granted.

## SECOND DEFENSE

There has been a failure to join a party required under Rule 19 of the Federal Rules of Civil Procedure.

PD.53826158.1

### THIRD DEFENSE

Subsea 7 reserves its rights to contest personal jurisdiction and venue (especially to the extent the sales agreement or any other applicable contract or agreement contains mandatory jurisdiction, venue or arbitration clauses).

### FOURTH DEFENSE

NOW, Defendant answers the numbered paragraphs of the Complaint in Intervention as follows:

### INTRODUCTION

**1.**

These allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**2.**

These allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**3.**

These allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**4.**

Denied. The National Transportation Safety Board findings are the best evidence of their contents.

**5.**

These allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

PD.53826158.1

**6.**

These allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**7.**

No answer is required to the allegations of this paragraph which state or attempt to state conclusions of law and/or jurisdiction. Further answering, should further answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof, and Subsea 7 specifically avers that it is not liable to Anadarko under the Louisiana Products Liability Act.

## PARTIES

**8.**

These allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**9.**

These allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**10.**

These allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**11.**

These allegations are admitted.

## JURISDICTION AND VENUE

**12.**

No answer is required to the allegations of this paragraph which state or attempt to state

conclusions of law and/or jurisdiction. Further answering, should further answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

### 13.

No answer is required to the allegations of this paragraph which state or attempt to state conclusions of law and/or jurisdiction. Further answering, should further answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

### 14.

No answer is required to the allegations of this paragraph which state or attempt to state conclusions of law and/or jurisdiction. Further answering, should further answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

### 15.

No answer is required to the allegations of this paragraph which state or attempt to state conclusions of law and/or jurisdiction. Further answering, should further answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

### 16.

No answer is required to the allegations of this paragraph which state or attempt to state conclusions of law and/or jurisdiction. Further answering, should further answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**17.**

No answer is required to the allegations of this paragraph which state or attempt to state conclusions of law and/or jurisdiction. Further answering, should further answer be deemed necessary, these allegations are denied.

**18.**

No answer is required to the allegations of this paragraph which state or attempt to state conclusions of law and/or jurisdiction (or venue). Further answering, should further answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**FACTUAL BACKGROUND**

**I.      AGREEMENT BETWEEN ANADARKO AND MPOG**

**19.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**20.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**21.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**22.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**23.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

## II.    THE NOVEMBER 2023 OIL RELEASE EVENT (MPOG RELEASE)

**24.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**25.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**26.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**27.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or

information sufficient to form a belief as to the truth thereof.

**28.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**29.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**30.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**31.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**32.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**33.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or

information sufficient to form a belief as to the truth thereof.

**34.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**35.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**36.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**37.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**38.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**39.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or

information sufficient to form a belief as to the truth thereof.

**40.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**41.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**42.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**43.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**44.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**45.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or

information sufficient to form a belief as to the truth thereof.

**46.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**47.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

### III.    MPOG's INSUFFICIENT INTEGRITY MANAGEMENT PROGRAM

**48.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**49.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**50.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**51.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7.

PD.53826158.1

Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

### 52.

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

### 53.

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

### 54.

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

### 55.

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

### 56.

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

PD.53826158.1

## IV.    SUBSEA 7 CONNECTOR

### 57.

These allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof pending discovery.

### 58.

These allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof pending discovery.

### 59.

These allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof pending discovery.

### 60.

Denied.

### 61.

Denied.

### 62.

Denied insofar as these allegations are directed against Subsea 7.

### 63.

Denied.

### 64.

These allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

### 65.

These allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof. Further answering, the National Transportation Safety Board report

is the best evidence of its contents.

**66.**

Denied.

**V.      DAMAGES SUSTAINED BY ANADARKO AS A RESULT OF THE NOVEMBER 2023 OIL RELEASE EVENT**

**67.**

These allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof pending discovery.

**68.**

These allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof pending discovery.

**69.**

These allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof pending discovery.

**70.**

These allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof pending discovery.

**71.**

These allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof pending discovery.

**72.**

These allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof pending discovery.

**73.**

These allegations are denied for lack of knowledge or information sufficient to form a

belief as to the truth thereof pending discovery.

### 74.

These allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof pending discovery.

## CLAIMS

### Claim For Damages Under The Oil Pollution Act Against MPOG

### 75.

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

### 76.

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

### 77.

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

### 78.

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

### 79.

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7.

Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**80.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**81.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**82.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**83.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**84.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**85.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7.

Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**86.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**87.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**88.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**Claim for Breach of Contract Against MPOG**

**89.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**90.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

PD.53826158.1

**91.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**92.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**93.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**94.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**95.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**96.**

No answer is required from Subsea 7 because these allegations do not apply to Subsea 7. Should answer be deemed necessary, these allegations are denied for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**Claim for Defective Product Under the Louisiana Product Liability Act Against Subsea 7**

97.

No answer is required to the allegations of this paragraph, but to the extent answer may be deemed necessary, Subsea 7 incorporates all of its prior answers and allegations as though set forth fully herein.

98.

Denied.

99.

Admitted.

100.

Denied.

101.

No answer is required to the allegations of this paragraph which state conclusions of law.

102.

Denied.

103.

Denied.

104.

Denied.

105.

Denied.

106.

Denied.

**107.**

Denied. It is further averred that based on Anadarko's own pleadings, the vast majority of its damages were caused by the negligence, gross negligence or other fault of MPOG.

**108.**

Denied. It is further averred that based on Anadarko's own pleadings, the vast majority of its damages were caused by the negligence, gross negligence or other fault of MPOG.

**109.**

Denied. It is further averred that based on Anadarko's own pleadings, the vast majority of its damages were caused by the negligence, gross negligence or other fault of MPOG.

**110.**

Denied. It is further averred that based on Anadarko's own pleadings, the vast majority of its damages were caused by the negligence, gross negligence or other fault of MPOG.

## PRAYER FOR RELIEF

**111.**

In response to this Prayer for Relief, Subsea 7 prays that the Complaint and Complaint in Intervention be dismissed, with prejudice and at Plaintiff's and Intervening Plaintiff's costs. Subsea 7 further prays for all further relief to which it is entitled, whether legal or equitable, and further prays for attorneys' fees if allowed at law or in contract.

**112.**

No answer is required to this paragraph, but Subsea 7 reserves its right to strike the jury if such is supported at law.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

Defendant alleges the affirmative defenses of arbitration and award should the applicable

contracts, terms and conditions, and/or sales agreement for the Connector include binding arbitration agreements.

## SECOND AFFIRMATIVE DEFENSE

Subsea 7 reserves the right to contend that Plaintiff lacks procedural capacity or a right of interest to bring the claims asserted in the Complaint in Intervention.

## THIRD AFFIRMATIVE DEFENSE

Subsea 7 affirmatively pleads the statute of limitations and/or time bar; alternatively, Subsea 7 pleads laches.

## FOURTH AFFIRMATIVE DEFENSE

Subsea 7 affirmatively pleads contributory negligence and/or the sole or comparative fault of the Plaintiff in Intervention or others in the installation, maintenance, testing, and inspection of the Connector, as well as the negligence of Plaintiff or Plaintiff in Intervention in discovering the leak and in failing to timely shut down the pipeline, and in other particulars to be developed during discovery.

## FIFTH AFFIRMATIVE DEFENSE

Subsea 7 pleads as if copied *in extenso* any and all contractual warranties, terms and conditions, remedies, limitation of liability clauses, time-bar periods, choice of law clauses or other rights and remedies contained in the applicable agreements for the manufacture and/or sale of the Connector.

## SIXTH AFFIRMATIVE DEFENSE

Subsea 7 further avers that any damages suffered by Plaintiff in Intervention were not caused or contributed to by any act, omission or fault on the part of Subsea 7, or anyone for whom it can be held responsible, but were instead the result of the actions of a third party or parties such as Main Pass Oil Gathering Corporation, LLC ("MPOG") and/or Third Coast Infrastructure, LLC

PD.53826158.1

("Third Coast") for whom Subsea 7 has no responsibility and/or the claimed damages, in whole or in part, were the result of events completely outside the control of Subsea 7 and/or anyone for whom Subsea 7 can be held responsible.

### SEVENTH AFFIRMATIVE DEFENSE

Subsea 7 further pleads all defenses, limitations of liability, liquidated damage provisions and all other terms and conditions of the contracts, invoices, specifications, and/or other agreements pertaining to the sale, manufacture and/or delivery of the Connector, including but not limited to the warranty provisions contained in any applicable sales agreements or other applicable contracts.

### EIGHTH AFFIRMATIVE DEFENSE

Subsea 7 avers that the Connector when sold met or exceeded the state of the art design and manufacture of such equipment, as well as any and all rules or regulations applicable to such equipment.

### NINTH AFFIRMATIVE DEFENSE

Subsea 7 reserves the right to limit claimed damages under the economic-only loss doctrine of *Robin's Drydock & Repair Co. v. Flint,* 275 U.S. 303 (1927) and its progeny.

### TENTH AFFIRMATIVE DEFENSE

Plaintiff in Intervention's claims are barred, in whole or in part, by the maritime loss rule pronounced in *East River Corp. v. Transamerica Delaval, Inc.*, 476 U.S. 858 (1986) and its progeny.

### ELEVENTH AFFIRMATIVE DEFENSE

Subsea 7 avers that MPOG, Third Coast, or other parties failed to use available inspection methods and/or failed to properly interpret findings obtained through inspection procedures, and that MPOG, Third Coast or other parties failed to use proper procedures and safeguards to detect

leaks, which caused the vast majority of the damages being claimed by Anadarko.

### TWELFTH AFFIRMATIVE DEFENSE

Subsea 7 further avers that Plaintiff in Intervention has failed to mitigate its damages as required by law.

### THIRTEENTH AFFIRMATIVE DEFENSE

The incident in question was caused by Act of God, *force majeure* or other intervening or superseding cause.

### FOURTEENTH AFFIRMATIVE DEFENSE

Subsea 7 pleads all defenses available under the Louisiana Products Liability Act, La. R.S. 9:2800.51, other applicable products liability laws or statutes and/or Products Liability in Admiralty, §402a of the Restatement (Second) of Torts, as if pleaded *in extenso*.

### FIFTEENTH AFFIRMATIVE DEFENSE

Subsea 7 further alleges, to the extent the same may be proven applicable by future discovery, the affirmative defenses of estoppel, extinguishment of the obligation in any manner, failure of consideration and any affirmative defense under Rule 8 of the Federal Rules of Civil Procedure proven applicable after discovery.

### SIXTEENTH AFFIRMATIVE DEFENSE

Subsea 7 reserves its rights to seek indemnity or contribution from any party who sole or active fault contributed, in whole or in part, to any damages, losses or injuries sustained by Plaintiff.

### SEVENTEENTH AFFIRMATIVE DEFENSE

Subsea 7 expressly reserves the right to assert any defense, affirmative defense or third party demand deemed applicable through discovery in this action.

WHEREFORE, after due proceedings, Subsea 7 Marine (US) Inc. prays that all claims of

Plaintiff Main Pass Oil Gathering Company, LLC and Plaintiff in Intervention Anadarko Petroleum Corporation and Anadarko US Offshore LLC be dismissed, with prejudice and at their costs. Subsea 7 Marine (US) Inc. further prays for attorneys' fees and costs of defense if available under the applicable contracts or if available at law. Subsea 7 Marine (US) Inc. finally prays for all other legal and equitable relief which it is entitled to receive.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:    *s/ Kevin J. LaVie*
Kevin J. LaVie, T.A. (#14125)
365 Canal Street - Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
kevin.lavie@phelps.com

ATTORNEYS FOR DEFENDANT
SUBSEA 7 MARINE (US) INC.

PD.53826158.1