**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MAIN PASS OIL GATHERING COMPANY, LLC** | **CIVIL ACTION NO. 2:25-cv-890** |
| **VERSUS** | **JUDGE IVAN L.R. LEMELLE** |
| **SUBSEA 7 MARINE (US) INC.** | **MAGISTRATE JUDGE EVA J. DOSSIER** |

**<u>SUBSEA 7'S MOTION TO COMPEL</u>**

NOW INTO COURT, through undersigned counsel, comes Defendant Subsea 7 Marine (US) Inc. ("Subsea 7"), and, pursuant to Rule 37 of the Federal Rules of Civil Procedure, moves the Court for an order compelling Plaintiff Main Pass Oil Gathering Company, LLC ("Main Pass") to serve supplemental discovery responses, produce a privilege log, and complete its production of documents responsive to Subsea 7's discovery requests, all as discussed more fully in the attached memorandum in support of this motion.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: *s/ Harrison M. Martin*

Kevin J. LaVie (Bar #14125)
Arthur R. Kraatz (Bar #35194)
Harrison M. Martin (Bar #39271)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
Email: kevin.lavie@phelps.com
Email: arthur.kraatz@phelps.com
Email: harrison.martin@phelps.com

**ATTORNEYS FOR DEFENDANT SUBSEA 7 (US) INC.**