**From:** Arthur Kraatz
**Sent:** Monday, January 26, 2026 5:24 PM
**To:** 'stephen.crain@bracewell.com'; 'haley.bernal@bracewell.com'; 'kryan@millerlaw-firm.com'; 'sskinner@millerlaw-firm.com'
**Cc:** 'jswanson@fishmanhaygood.com'; 'kmiller@mtdvp.com'; 'sherman@fishmanhaygood.com'; 'zvogel@fishmanhaygood.com'; Kevin LaVie; Harrison M. Martin
**Subject:** Main Pass Oil Gathering Company, LLC v. Subsea 7
**Attachments:** 2026.1.26 First Set of Discovery to Main Pass.pdf

All,

Attached please find Subsea 7's first set of discovery to plaintiff in this matter.

Thanks,
Arthur

**Arthur R. Kraatz**
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Direct: 504-584-9344
Fax: 504-568-9130
Email: arthur.kraatz@phelps.com

phelps

CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

EXHIBIT
1