# Supplemental Submission of Third Coast Infrastructure, LLC

# to the National Transportation Safety Board

Hazardous Liquids Pipeline Release
November 15, 2023, Gulf of America, Louisiana

NTSB Accident#: PLD24FR001

Submitted May 19, 2025

EXHIBIT
5

# TABLE OF CONTENTS


**1. INTRODUCTION ..... 1**

**2. INCIDENT SUMMARY ..... 3**

2.1 Summary ..... 3

2.2 Incident Timeline ..... 4

**3. INITIAL RESPONSE AND PIPELINE ISOLATION THROUGH RETURN TO SERVICE ..... 6**

3.1 Initial Response and Pipeline Isolation ..... 6

3.2 Location of Leak Source ..... 10

3.3 Fitting Removal and Pipeline Repair ..... 12

**4. THIRD COAST'S PRE-EXISTING PROCESSES AND PROGRAMS ..... 14**

4.1 Key Regulatory Requirements ..... 14

4.1.1 PHMSA ..... 14
4.1.2 BSEE ..... 14

4.2 Pipeline Integrity Management ..... 15

4.2.1 Integrity Management Plan ..... 15
4.2.2 Surpassing Integrity Compliance Requirements ..... 16

4.3 Operations Control Center ..... 18

4.3.1 CRM Plan, Training, and Qualification ..... 18

4.4 Emergency Response Compliance ..... 19

4.4.1 Emergency Response Plans ..... 19
4.4.2 Spill Response Related Compliance ..... 19

4.5 Emergency Repair Equipment Readiness ..... 20

4.5.1 Key Mobilization Assets ..... 20

4.6 Right of Way (ROW) Inspections ..... 21

4.6.1 ROW Inspections ..... 21
4.6.2 Subsea Monitoring of Offshore Pipelines ..... 21

4.7 Regulatory Oversight and Compliance History ..... 21

4.7.1 PHMSA Related Compliance ..... 21
4.7.2 BSEE Related Compliance ..... 22
4.7.3 Compliance Summary ..... 22

**5. ANALYSIS ..... 23**

5.1 2023 NDT-Global In-Line Inspection ..... 23

5.2 Location of Leak Source and Volume Estimates.....25
5.2.1 NOAA Reports.....25
5.2.2 NOAA ROV Leak Source Inspection.....27
5.2.3 Multiple Volume Estimates Were Made.....27
5.2.4 Summary.....32
5.3 Geotechnical Analysis.....33
5.3.1 Introduction to Geotechnical Analysis.....33
5.3.2 Weather Conditions at time of Incident.....34
5.3.3 Mudslide Vulnerability.....35
5.3.4 Evidence of Pipeline Movement and Damage.....36
5.4 Ship Traffic.....41
5.5 Peer Review of Oil States Industries, Inc. Report.....45
**6. INCIDENT PROBABLE CAUSE AND CONTRIBUTING FACTORS.....48**
6.1 Impact of Severe Weather at the Release Source.....48
6.2 Impact of Pipe Deflection, Collet Grip Flange Connector Strain, and Pipe Deformation.....48
6.3 Impact of Foreign Debris in CGF Connector.....50
6.4 Conclusion.....50
**7. POST-INCIDENT IMPROVEMENTS.....52**
7.1 Operations Control Center Improvements.....52
7.1.1 Control Room Management Implementation of POEMS.....52
7.1.2 SCADA Revalidation Efforts.....52
7.1.3 Interim Leak Alarm.....53
7.1.4 ATMOS Leak Detection System.....53
7.1.5 Reverification of ATMOS Functionality Annually with Unannounced Physical Leak Simulations.....53
7.1.6 Notification Procedures.....54
7.1.7 Management Review of SCADA Log Procedure.....54
7.1.8 OCC Procedures Training.....54
7.1.9 OCC Recorded Phone Lines.....55
7.1.10 Authorization and Obligation to Shut Down.....55
7.2 Pipeline Integrity Improvements.....56
7.2.1 Completed Improvements.....56
7.2.2 Planned Improvements.....56
7.3 Inspection and Leak Testing of Subsea Pipeline Connectors (Maintenance / Asset Integrity Procedures).....57
7.3.1 Third Coast Maintenance Procedures.....57

7.3.2 Offshore Operator Committee Mechanical Connector Guidance ........ 58

7.4 Third Coast to Begin a PSMS (API RP 1173) ........ 59

7.4.1 Implementation of PSMS (Pipeline Safety Management System) Following API 1173 ........ 59

**8. CONCLUSION ........ 61**

## APPENDICES

APPENDIX A: MPOG Pipeline History

APPENDIX B: Geotechnical Analysis

## TABLES

Table 1 – Summary of Notifications to Operators Feeding the MPOG System ....... 6

Table 2 – ILI Summary ........ 16

Table 3 – PHMSA Enforcement Statistics for Panther Operating Company, LLC ........ 22

Table 4 - Calculated Release Volumes using Observed Sheens and OSRP Volume Calculator ........ 30

## FIGURES

Figure 1 - Main Pass Oil Gathering Pipeline System Schematic ........ 3

Figure 2 – Incident Timeline ........ 5

Figure 3 – Initial Sheen Observation and Revised Release Location ........ 7

Figure 4 – Unified Command Organizational Structure ........ 8

Figure 5 - NDT Global Analysis of ILI Data to Fitting Dimensions ........ 23

Figure 6 – NDT Global Analysis of ILI Data to Inside Dimensions of CGF Connector ........ 24

Figure 7 – NDT Global Analysis of ILI Data for Pipe to CGF Connector Spacing ... 25

Figure 8 – Stages of Submarine Mudslide ........ 34

Figure 9 – Sea State in the Region on November 15, 2023 at 18:00 ........ 35

Figure 10 – 2005 As-Built Drawing at the Crossing with the 18" Na Kika Pipeline ........ 37

Figure 11 – 2024 As-Built Drawing at the Crossing with the 18" Na Kika Pipeline. Green Boxes Show the Section of the Pipeline that Moved with Respect to the 2005 Repair As-Built Drawing. ........ 38

Figure 12 – Pipeline Longitudinal Displacement: the Slip Collet Grips Should Be Between the 24 and 33 Marks But Were Found 9 Inches from the End of the Pipe ........ 39

Figure 13 – Diameter Measurements in the OSI Report ........ 40

Figure 14 – Ovality of the 18" Pipeline. Maximum of 1.9% Found at the End of the Pipe ........ 41

Figure 15 – Impressions and Shallow Dents on the Pipeline Between 43 Inches and 49 Inches from the Downstream End of the CGF Connector. ......... 42
Figure 16 – Ship Traffic in the Vicinity of the CGF Connector Location from October 10, 2023, until November 16, 2023 ......... 43
Figure 17 – Ship Traffic in the Vicinity of the CGF Connector Location from November 9, 2023, until November 12, 2023 ......... 44
Figure 18 – Debris Found in CGF Connector Between Front of the Collet Grip Flange and Pusher ......... 46
Figure 19 – Correct Collet Grip Flange Connection ......... 49
Figure 20 – Incorrect Collet Grip Flange Connection ......... 50

## 1. INTRODUCTION

Third Coast Infrastructure, LLC (Third Coast or Company) provides this Supplemental Submission to the National Transportation Safety Board (NTSB) to further address the evidence, analysis, and proposed findings regarding the investigation of the November 16, 2023, release of crude oil in the Gulf of America (Incident).

As further detailed in this Submission, Third Coast's investigation revealed that the Incident occurred due to a mechanical failure of a Collet Grip Flange (CGF) connector on the Main Pass Oil Gathering Company, LLC (MPOG) pipeline system near Main Pass 69 (MP 69). Contextual facts, pipeline history, and incident analysis results indicate that substantial wind and high seas during a winter storm likely contributed to a geotechnical event or combination of events (*e.g.*, soil slope failure and mudslides) that exerted enough force and direction to displace and damage the MPOG Pipeline in the area of the failed CGF connector, which in turn led to the release of oil.

Upon discovery and confirmation of the release, Third Coast immediately notified the National Response Center and others of the observed oil sheen. Following notification, the U.S. Coast Guard (USCG), with support from MPOG and Louisiana Oil Spill Coordinators Office (LOSCO), activated a Unified Command with additional support from other federal, state, and local agencies. Third Coast undertook every effort to promptly identify the source of the leak, including dedicated aerial overflights to inspect the route of the pipeline system visually, remote operated vehicle (ROV) subsea inspection directly over the pipeline right of way, and dive support vessel (DSV) dive team inspection on high priority areas. Continued monitoring revealed no visible evidence of a larger release, no environmental shoreline impacts, and minimal impacts to wildlife.

During the initial emergency response efforts, Third Coast, the USCG, the Bureau of Safety and Environmental Enforcement (BSEE), the National Oceanic and Atmospheric Administration (NOAA), and others collected data regarding the sheen size and characteristics to assist, in part, with volume estimates. Original worst-case estimates based on metering data suggested approximately 27,000 barrels could have been released during the Incident. In contrast, real-world observations in the Gulf by numerous agencies suggested a lower released volume, potentially in the range of just several thousand barrels. Recognizing the tension in the available evidence, Third Coast at this point does not have sufficient data to establish a released volume to a reasonable degree of scientific certainty. Third Coast would emphasize, however, that the metering calculation provided at the outset of this Incident should be and is most properly viewed as a worst-case volume release estimate.

Third Coast has a proven track record of strong regulatory compliance—consistently exceeding expectations and undertaking proactive measures to identify and address potential gaps in existing processes and procedures. Just weeks before the Incident, Third Coast completed an in-line inspection of the pipeline, which identified no notable defects or anomalies outside of allowable design parameters. The inspection also revealed that the

spacing on all CGF connectors were within acceptable ranges at the time of the inspection—further supporting Third Coast's conclusion that the failure of the CGF connector was likely the result of a geotechnical event or combination of events.

Third Coast recognizes the seriousness of this Incident and remains committed to employee, industry, and environmental safety, as well as the prevention of future incidents. In furtherance of this commitment, Third Coast will continue to implement proactive measures to mitigate against similar occurrences that may occur in the future.

## 2. INCIDENT SUMMARY

### 2.1 Summary

MPOG, a wholly owned subsidiary of Third Coast, owns and operates a 65.9 mile long 18-inch x 20-inch diameter underwater pipeline (MPOG Pipeline) that runs in the Gulf of America near the Main Pass of the Mississippi River Delta. The MPOG Pipeline is designed to carry approximately 80,000 barrels per day of Louisiana sweet crude oil from offshore wells and platforms to the United States mainland.[1]

**Figure 1** shows a schematic of the MPOG Pipeline system and its connected lateral production lines.

Figure 1 - Main Pass Oil Gathering Pipeline System Schematic




During the night shift on November 15, 2023 (from 18:00 hours[2] on November 15, 2023, to 06:00 hours on November 16, 2023), the Pipeline Controller Lead (PCL) in the Operational Control Center (OCC) observed unusual changes in pressure and flow on the MPOG Pipeline system. The PCL contacted a field technician several times during the night to discuss the anomalies and potential causes of the readings. The field technician responded that the flows, while irregular, were not alarming and were likely attributable to fouled meters. In addition, the pressure data did not show a linear or exponential decline and was not indicative of a typical leak. At one point, the decline in pressure was interrupted and the

[1] MPOG-UC-004546, p. MPOG-UC-004547. For further details regarding the history of the MPOG Pipeline, see Appendix A, MPOG Pipeline History.

[2] All times included in this Submission are in CT, unless noted otherwise.

pressure data leveled, which could be indicative of a temporary resealing of the CGF connector. This atypical decline curve likely factored into the PCL's delayed reaction.

During the morning shift change, the PCL coming onto day shift reviewed the pressure and flow data from the previous 12 hours and was immediately concerned by the data and actions taken by the PCL on the night shift. After further discussions with the downstream operator, confirming there was a flow disparity, the PCL quickly notified his supervisor and shut in the pipeline. Shortly thereafter, a helicopter flew over the MPOG Pipeline system route. The overflight observed an oil sheen on the surface of the water near the MPOG Pipeline system in the Gulf of America off the coast of Louisiana. This in turn triggered significant incident response activities, as further detailed below. These activities continued from November 16, 2023, through April 24, 2024, when the MPOG Pipeline system resumed normal operations.

## 2.2 Incident Timeline

A timeline of the Incident is set forth below as **Figure 2**. This timeline is largely constructed using information from the Incident Action Plans and Situational Brief presentations involving the Unified Command, as well as Third Coast's first-hand involvement in the response.

Figure 2 – Incident Timeline

| Milestone description | Start | Days |
|---|---|---|
| **Emergency Response Activities** | | |
| Control Room Identifies Flow / Pressure Variance @19:40 | 11/15/2023 | 1 |
| Shift Change/Discussion of Concern @06:00 | 11/16/2023 | 1 |
| Pipeline Shut-in @06:30-06:40 | 11/16/2023 | 1 |
| Initial Sheen Spotted (between 06:00 and 09:51) | 11/16/2023 | 2 |
| Agency Notifications-NRC@09:51 & PHMSA@10:01 | 11/16/2023 | 2 |
| Incident Command Setup @13:00 | 11/16/2023 | 1 |
| Active Survey and Overflights (11/16, 11/17, 11/18, 11/19, 11/20) | 11/16/2023 | 6 |
| Unified Command Setup | 11/17/2023 | 1 |
| OSRO Vessels Deployed (5) (11/17) | 11/17/2023 | 4 |
| OSRO Vessels Demobilized (4) (11/20) | 11/20/2023 | 1 |
| Over flights continued through April 23rd | 11/16/2023 | 159 |
| Unified Command Duration (11/17 - 4/5) | 11/16/2023 | 139 |
| Unified Command stand down and hand off to PHMSA | 4/5/2024 | 1 |
| **Leak Location Activities** | | |
| Divers and ROV Inspections (11/19-12/28) | 11/19/2023 | 39 |
| Location of Leak Found, Failed Leak Test at Collet Grip North of MP 69 | 12/28/2023 | 3 |
| Leak Tests for MP144 and MP268 (1/1-1/7) | 1/1/2024 | 7 |
| **Fitting Removal and Repair Plans** | | |
| Submittal of Recovery and Repair Plan | 1/9/2024 | 8 |
| Approval of Containment Action Plan | 1/17/2024 | |
| Approval of Pipeline Repair Plan | 1/17/2024 | |
| Collet Grip Removal (Timeline:1/18-2/22/2024) | 1/18/2024 | 23 |
| Approval of Evidence Collection Procedure | 2/1/2024 | |
| Installation of New Spool and Leak Test Completed | 2/21/2024 | 1 |
| **Integrity Test Plan** | | |
| Development of Pipeline Integrity Test (11/24/23 - 4/3/2024) | 11/24/2023 | 130 |
| Submittal of Integrity Test Plan (Rev G on 2/7, Rev N on 2/22) | 2/22/2024 | |
| Unified Command suspended Situational Briefs | 3/4/2024 | 20 |
| Submittal of New Pipeline Integrity Package to Unified Command and Agencies | 3/29/2024 | |
| Approval of Pipeline Integrity Test | 4/3/2025 | |
| System Integrity Test Conducted (4/5-4/6) | 4/5/2024 | 2 |
| **Pipeline Return to Service** | | |
| Development of Return to Service Plan | 3/21/2024 | 29 |
| Approval of Leak Test Plan | 4/12/2024 | 17 |
| Approval of Full Return to Service Plan | 4/19/2024 | 1 |
| Restart of MPOG System - Phased approach | 4/19/2024 | 6 |

# 3. INITIAL RESPONSE AND PIPELINE ISOLATION THROUGH RETURN TO SERVICE

## 3.1 Initial Response and Pipeline Isolation

This Section further describes the Incident response phase, including the pipeline shut-in on November 16, followed by the setup of the Incident Command Post and Unified Command, and the mobilization of the Oil Spill Response Organizations (OSROs).

Third Coast personnel decided to shut in the pipeline within minutes of the shift change at 06:00 hours on November 16, 2023, and then began notifying the Operators to shut down their supply to the pipeline system at 06:10 hours. By approximately 06:40 hours, the Operations Controllers had isolated all seven inlets and the outlets of the entire pipeline system.[3] **Table 1** lists the operators and timing of the notifications to shut in.

Table 1 – Summary of Notifications to Operators Feeding the MPOG System[4]

| Asset Name | Operator Name | Notification Time on November 16, 2023 | Notification Party |
|---|---|---|---|
| MP 123A | Arena Offshore, LP | n/a | n/a |
| MP 144A | Cantium, LLC | ~06:10 - 06:20 hours | Third Coast |
| MP 270B | Walter Oil & Gas Corporation | ~10:00 hours | BSEE |
| MC 127A (Horn Mountain) | Occidental Petroleum Corporation ("OXY") | ~06:14 hours | Third Coast |
| MP 281A | Talos Energy Ventures, LLC | ~07:00 hours | Third Coast |
| VK 823A | W&T Energy VI, LLC | Morning | Third Coast |
| VK 915A (Marlin) | Occidental Petroleum Corporation ("OXY") | ~06:13 hours | Third Coast |

Third Coast proceeded to activate dedicated aerial overflights to inspect the route of the pipeline system visually,[5] and altered the flight paths of helicopters conducting crew changes to observe the pipeline right-of-way.

The aerial extent of the MPOG trunkline right-of-way is highlighted in yellow on the pipeline map shown in **Figure 3**, which shows the dense network of pipelines and platforms in the Main Pass area. At 09:03 hours on November 16, 2023, a MPOG helicopter conducting

[3] Human Performance, System Safety and SCADA Factual Report, dated September 28, 2024.

[4] Human Performance, System Safety and SCADA Factual Report, dated September 28, 2024, Table 4, p.30.

[5] Regular overflights of the pipeline right-of-way began on November 17, 2023, with helicopters from Third Coast, Forefront, and the USCG.

a crew change recorded the first observation of a sheen in the vicinity of the pipeline within Main Pass Block 143.[6] Notably, the first calculated release point was approximately 17 miles east of where the actual pipeline damage was later identified. **Figure 3** illustrates the significant distance between the initial observed oil sheen location and the actual release location.

Figure 3 – Initial Sheen Observation and Revised Release Location




After discovering an oil sheen in the vicinity of the pipeline (marked in orange), the Company promptly notified PHMSA, the National Response Center (NRC), and others, consistent with regulatory requirements. Third Coast notified NRC of the Incident by telephone at 09:51 hours, and then PHMSA at 10:01 hours.

[6] NTSB Report "Environmental Response," Table 3, p. 27, dated September 25, 2024, PLD24FR001, summarizes NRC Reports #134438 and #134485. On November 16, 2023, at 10:52 hours Eastern Time, Third Coast informed the NRC (NRC #1384438) of an unspecified amount of crude oil that had been released from an underwater transmission pipeline into the Gulf of America. At that time, the cause of the release was unknown. The oil sheen was discovered in Main Pass Block 143, at coordinates 29.297222 North, 88.7180555 West. The same day at 15:31 hours, the USCG informed the NRC (NRC #1384485) that an 18-inch pipeline ruptured approximately 19 miles offshore with a maximum potential release of 1.1 million gallons (approximately 26,000 barrels) of unprocessed crude oil that was most likely caused by pipe corrosion. Notably, at that time, the volume estimate was preliminary and there was no factual basis to suggest that the release was due to pipe corrosion. Further, subsequent analysis would confirm that the only release from the MPOG Pipeline took place near Main Pass 69, approximately 17 miles west of the first observed sheen in Main Pass 143.

Third Coast quickly established the Incident Command Post, which was fully staffed by 13:00 hours that same day at the offices of Forefront Emergency Management (FEM) in Belle Chasse, Louisiana. FEM, Third Coast's contracted Incident Management Team, provided command support within the FEMA NIMS Incident Command System. FEM is specifically trained to plan for, drill on, and respond to pipeline release events.

Unified Command was stood up the following day, November 17, in FEM's Belle Chase offices. Unified Command was initially staffed by MPOG, FEM, USCG, LOSCO, Clean Gulf Association (CGA), and Emergency Safety & Health Consulting Services (ES&H). CGA and ES&H are the Third Coast contracted OSROs. Shortly thereafter, and as soon as reasonably practicable, Third Coast's Senior Management also joined Unified Command. More details regarding the Unified Command leadership are provided in **Figure 4** below.

Figure 4 – Unified Command Organizational Structure




The leadership of the Unified Command included a Federal On-Scene Coordinator (FOSC) from the USCG, a State On-Scene Coordinator from LOSCO, and an Incident Commander from Third Coast. In a Unified Command System structure, the individual Section Chiefs and Officers (Operations, Planning, Logistics, Safety Officers, Information Officers, and Liaison Officers) report to the Unified Command through their respective

functional areas. In addition to the roles inside the Unified Command, other federal, state, and local agencies were involved and actively participating in the Incident. These included:

- Pipeline Hazardous Materials and Safety Administration (PHMSA),
- Bureau of Safety and Environmental Enforcement (BSEE),
- National Oceanic and Atmospheric Administration (NOAA),
- National Response Team (NRT),
- National Transportation Safety Board (NTSB),
- U.S. Fish and Wildlife Service (USFWS),
- Louisiana State Police Hazardous Materials Hotline,
- Louisiana Department of Environmental Quality (LDEQ),
- Plaquemines Parish Local Emergency Planning Committee, and
- Louisiana Department of Wildlife and Fisheries (LADWF).

Additional participation was provided by the contracted Incident Management Team at FEM and the OSROs, including CGA and ES&H. ES&H was contracted to be on standby to support CGA's ongoing operations and to respond promptly to any nearshore cleanup activities as needed.

Once the ICS was set up and functioning, resources were mobilized to execute the objectives of the Unified Command.

The incident response, coordinated by the Unified Command and supported by multiple agencies, was executed promptly and effectively without observed impacts on the coastal shorelines or wildlife. Throughout the entire process, overflights and on-the-ground assessments consistently confirmed that there were no reports of shoreline impacts or wildlife harm. Press release updates by the USCG confirm the observations, as follows:

- November 17, 2023: *"Overflight assessments scheduled for this morning.* ***There have been no reports of injuries or shoreline impacts****."*[7]

[7] U.S. Coast Guard, Press Release, Nov. 17, 2023.

- November 20, 2023: *"There have been **no reports of injuries or shoreline impacts at this time**."*[8]

- November 21, 2023: *"Since standing up the Unified Command, overflights have been continuously conducted and have observed some light sheens and small amounts of recoverable oil. These were predicted trajectories. **At this time there has been no reports of shoreline impacts**. These trajectories were created by a team of NOAA oceanographers using modeling software to assist with predictions of where the oil will likely travel. They used wind data, current models, and knowledge of the local area and conditions as input to the model. NOAA then compared those predictions to the observations in the field. So far the oil has behaved as NOAA expected based on past spills in the region."*[9]

- November 22, 2023: *"Remotely operated vehicles and divers have inspected more than 23 miles of pipeline. **Overflights have observed no new visible sheens. Wildlife and shoreline assessments, conducted today, observed no oiled wildlife, shoreline oiling, or oil on the water.**"*[10]

- November 28, 2023: *"Overflights conducted November 20 to date have observed no new oil from the suspected release. **Recent wildlife and shoreline assessments identified no wildlife or shoreline impacts.**"*[11]

The collaborative efforts of the USCG, NOAA, and other teams demonstrated a thorough approach to safeguarding the ecosystem, utilizing advanced modeling and monitoring techniques to track oil trajectories and assess environmental conditions. This proactive strategy guided the response efforts to focus on containing and managing the situation.

### 3.2 Location of Leak Source

In addition to immediately responding to the release and mitigating potential impacts, Third Coast also quickly initiated efforts to identify the underlying source of the leak. Beginning on November 17, 2023, Third Coast deployed five OSRO Fast Response Vessels to contain and recover as much of the surface sheen as possible. From November 17th to November 20th, the vessels observed that the sheen decreasing in size. As a result of the sheen's decreasing size, Third Coast demobilized four of the five vessels. The remaining vessel was utilized to support the leak inspection efforts.

---

[8] U.S. Coast Guard, Press Release, Update 1, Nov. 20, 2023.

[9] Unified Command Press Briefing, Nov. 21, 2023.

[10] U.S. Coast Guard, Press Release, Update 2, Nov. 22, 2023.

[11] U.S. Coast Guard, Press Release, Update 3, Nov. 28, 2023.

Third Coast commenced Remote-Operated Vehicle (ROV) and dive Inspections on November 19th to locate the source of the release. In attempting to locate a source during these searches, Third Coast focused on several data points, including the location of the observed sheen on the surface of the water, the trajectory of currents modeled by NOAA, and photographs received from satellite imagery. These considerations led investigators to prioritize searches in the vicinity of MP 142 and 144.

Later evidence conclusively established that the release of oil from the MPOG Pipeline took place approximately 17 miles away from where investigators originally thought, causing delays in identifying the actual location of the leak on the MPOG Pipeline.

Notably, just over a month before the Incident, Third Coast completed an in-line inspection (ILI) of the pipeline in October 2023. An ILI is an inspection tool that helps ensure the integrity of the pipeline, measure anomalies, and detect and assess defects. It typically can take as long as three to six months to process and evaluate the large volume of data collected from an ILI. Third Coast, however, expedited this work to assist in the identification of any possible anomalies that might have contributed to the leak. As it turned out, however, no anomalies or defects of concern outside of allowable design parameters were identified in the ILI analysis. Additionally, the ILI tool vendor assessed all of the CGF connectors on the MPOG Pipeline for any indication that the pipeline gap or spacing inside the fittings was abnormal or too large. Based on the data, all of the CGF connector spacing was within the acceptable fitting tolerance, demonstrating that at least at the time of the ILI, just weeks before the Incident, there were no observable defects or deficiencies with the pipeline.

Third Coast ultimately identified the source of the leak after an overflight on December 1, 2023, when it observed a very small surface sheen commonly referred to as "Fish Eyes."[12] This condition typically can only be observed on extremely calm waters with no wind, where small oil sheens (less than three feet in diameter) can be observed. Third Coast then began diving operations the same day, after confirming this location was in the area of a previous pipeline repair. During the operation, divers observed oily soil on the seabed. Third Coast obtained and tested soil samples from the area to eliminate the potential that this observed oily residue was from the previously repaired leak in 2004. Testing of the soil samples confirmed that the oily residue was the result of a much more recent release of oil.

Severe winter weather played a crucial role during the Incident response period, causing delays and lengthening the overall duration. In December 2023, while response activities were still ongoing, wind and wave action in the Gulf of America were both severe and unpredictable, hampering the overall efforts to both locate the leak and conduct repair operations. Consistent with the Company's core values, the Incident Action Plan (IAP)

[12] "Fish Eyes" is a common description for drops or round sheens of oil floating on the water surface that indicates a pipeline may be leaking below the surface of the water.

prioritized the safety of the crew members working to locate the leak.[13] During the Incident response, crews had to be demobilized several times due to high winds and severe weather. The demobilizations occurred almost weekly and are documented in both the IAPs and Situational Briefs. The difficult site conditions also hampered the dive and ROV teams. Underwater visibility was limited due to the depth and turbidity of the water churning up the seabed soils. The ROVs could not be used in shallow waters (depths less than 50 feet), and divers were required to do much of the work. Due to these issues, Third Coast had to complete some inspections between four and seven times for several sections of the pipeline to obtain usable data.

Third Coast conducted another dive operation in the area on December 20, 2023, to excavate the suspected leaking CGF connector at MP 69 (previously installed as part of the 2004 pipeline repair). After multiple attempts to excavate the CGF connector, Third Coast was finally able to expose and inspect the CGF connector safely. The operation was hampered by both soil refilling at the excavation site and weather conditions that required demobilization from the work site. In addition to physical inspection, Third Coast on December 28, 2023, conducted a seal leak test on the suspect CGF connector, which confirmed it as the source of the release. Out of an abundance of caution, Third Coast also tested multiple other CGF connectors at MP144 and MP268. These CGF connectors all passed their inspections and were not found to be leaking.

### 3.3 Fitting Removal and Pipeline Repair

After identifying the source of the release, Third Coast turned its efforts to repairing the pipeline. This involved developing the CGF connector removal and pipeline repair plan and then obtaining the necessary approvals from the Unified Command and NTSB. NTSB's investigation work and its required evidence preservation protocol dictated multiple revisions of the removal and repair plan to be submitted. The plan was written and submitted on January 9, 2024, and was approved on January 17, 2024. The NTSB approved the evidence preservation protocol on February 1, 2024.

Third Coast used best efforts to follow the NTSB-approved evidence preservation protocol; however, given the extreme weather conditions and the need to prioritize the safety of the dive personnel, some of the protocol measures were not executed as planned. Near-zero subsea visibility, exacerbated by the dive team working approximately 15 feet below the natural seabed in a large hole that had to be continuously excavated to keep it open, inadvertently removed some of the previously installed evidence markings. Additionally, winter wind-driven high sea conditions required slight changes to the rigging and lifting plans for the damaged section removal to the transportation vessel to ensure diver safety and dive support vessel crane safety.

---

[13] The Company's stated objective is "Ensure the safety and protection of response personnel, the general public, and the environment."

Third Coast proactively initiated the fabrication of repair spools early in December 2023, prior to locating the release in anticipation of the needed repairs, as these were expected to be critical path items. This proactive step was intended to ensure that obtaining the typically long-lead equipment was not a limiting factor and that there would not be a delay in the execution of the repair.

As previously stated, the CGF connector was buried approximately 15 feet below the seabed. The soil at that location was extremely loose, and as a result, it was difficult to keep the pipeline exposed for repairs without the soil sloughing back into the excavation area. This difficulty was amplified due to wave action and repeated weather-driven demobilizations. During these demobilizations, the excavation area was again subject to further sloughing. These mobilizations and demobilizations resulted in a total delay of 17 days.

Despite these difficulties, Third Coast was ultimately able to successfully complete the repair of the pipeline. The installation of the new spool was completed and leak tested on February 21, 2024.

Between the initial search for the leak source and the completion of the repair, over 55,000 hours of diving and diving support work were performed. Notably, all the work was conducted without a single injury or further environmental incident.

# 4. THIRD COAST'S PRE-EXISTING PROCESSES AND PROGRAMS

## 4.1 Key Regulatory Requirements

Depending on specific circumstances, regulatory jurisdiction for the MPOG system varies between agencies responsible for pipeline operations and those responsible for offshore facilities. Third Coast is required to adhere to a comprehensive set of regulations from multiple agencies, ensuring compliance across all aspects of its operations.

In particular, PHMSA and BSEE have regulatory requirements for monitoring and inspecting pipelines after weather and natural disaster events. Third Coast has complied with these requirements since the Incident and was in compliance prior to the Incident.

Third Coast and its subsidiaries have demonstrated a strong compliance record, consistently taking proactive measures to address and close any potential gaps in their compliance programs.

### 4.1.1 PHMSA

The design of the MPOG system was carried out per Federal Regulations, Department of Transportation 49 CFR Part 195 and the U.S. Department of the Interior's 30 CFR Part 250, Subpart J.[14]

PHMSA has regulatory jurisdiction over pipeline safety for the MPOG system, as per 49 CFR parts 190, 194-195, and 199, for pipelines transporting oil.[15] These regulations govern the design, construction, operation, and maintenance of pipelines.

Main Pass Oil Gathering has an approved Facility Response Plan in accordance with 49 CFR part 194. The plan was reviewed and approved by the PHMSA.[16]

### 4.1.2 BSEE

High Point Gas Gathering, L.L.C. has an approved Oil Spill Response Plan (OSRP),[17] which includes the MPOG system, in accordance with 30 CFR part 254, The plan was reviewed and approved by BSEE.[18]

[14] BP Pipeline Dossier - Section 2.6 Regulations, Codes, and Standards.

[15] Email from Rick Raksnis at PHMSA to Elena Bozho at Third Coast, September 12, 2024.

[16] Letter to Panther Operating Company LLC from PHMSA, November 17, 2023.

[17] The OSRP is in the name of High Point Gas Gathering, L.L.C, which is a wholly owned subsidiary of Third Coast, and applies to multiple Third Coast subsidiaries, including MPOG.

[18] Letter to High Point Gas Gathering LLC from BSEE, February 1, 2023.

## 4.2 Pipeline Integrity Management

### 4.2.1 Integrity Management Plan

Third Coast's Pipeline Integrity Management Plan (IMP), dated April 21, 2023, describes the Company's philosophy in operating and maintaining its pipeline systems:

> "Third Coast's Pipeline Assessment and Management Philosophy is to prudently operate and maintain our regulated liquids transmission pipeline systems ensuring the continual mechanical integrity of the system. This Integrity Management Plan (IMP) is applicable to all hazardous liquid transmission pipelines operated by Third Coast that contain identified High Consequence Areas (HCAs)."[19]

Section 2.0 of the IMP, titled "Identification of 'Could Affect' HCA Pipelines," further states:

> "Based on 49CFR195.1 and 49CFR195.413 all Third Coast's current Gulf of [America] hazardous liquid pipelines are considered transmission and directly affecting an HCA Process for Identifying Pipeline Facilities That Could Affect an HCA."[20]

Therefore, the Third Coast IMP applies to and covers the MPOG Pipeline system because it transitions from State to Federal waters offshore in the Gulf of America.

PHMSA routinely conducts audits to ensure operator compliance with its regulations. Typical audits include: field pipeline-specific, construction, integrity, and/or operator qualification audits.

The IMP was reviewed and updated six months before the Incident, in April 2023, and is typically reviewed and updated annually per the version history/change log.[21]

The "Risk Analysis," section of the IMP covers pipeline risk assessment requirements, which include integrating available risk and consequence of failure information.[22] The section references crucial regulatory requirements and related elements of the key industry guidance document, API RP 1160 "Managing System Integrity for Hazardous Liquid Pipelines."

In addition to analysis by MPOG integrity management personnel, risk assessments for the MPOG Pipeline system have been performed with support from professional third-

[19] MPOG-012918-MPOG-012989, p. MPOG-012924.

[20] MPOG-012918-MPOG-012989, p. MPOG-012936.

[21] MPOG-012918-MPOG-012989, p. MPOG-012919.

[22] MPOG-012918-MPOG-012989, p. MPOG-012964.

party service providers and sophisticated software systems, including Dynamic Risk[23] and New Century Software.[24]

In 2021, Third Coast implemented a Pipeline Open Database System (PODS) Database and an aggressive data collection effort for Natural Gas and Hazardous Liquids Transmission Pipelines. This allows a pipeline operator to spatially integrate integrity, corrosion, one-call, public awareness, damage prevention, and operations data into a standardized database that third-party risk models use to pull data automatically to run more accurate segment-specific pipeline system risk analysis.

#### 4.2.2 Surpassing Integrity Compliance Requirements

Third Coast has demonstrated a commitment to pipeline integrity and protection of the environment that surpasses the regulatory requirements, as evidenced by its program evolution.

Since taking operatorship, over the period from 2017 to 2025, Third Coast and its affiliates have made three ILI tool runs, which equates to an average time interval between ILI runs or integrity assessments of 2.7 years. This is more conservative than the prescribed PHMSA regulatory requirement to establish a 5-year reassessment interval with a maximum allowable interval of 68 months. The ILI run information is summarized in **Table 2** below.

Table 2 – ILI Summary[25]

| Vendor | Tool Description | Year |
|---|---|---|
| Rosen | MFL | 2018 |
| Rosen | MFL | 2019 |
| NDT Global | UT ART | 2023 |

Third Coast has enhanced its pipeline assessment capabilities by taking advantage of technical advancements in In-Line Inspections (ILIs), prioritizing comprehensive data collection and analysis. Specifically, Third Coast has expanded beyond its initial reliance on Magnetic Flux Leakage (MFL) technology and is now deploying industry-leading Ultrasonic Testing (UT) tools to improve detection limits and accuracy for metal loss features. By integrating data from both inspection methods (Rosen's MFL technology[26] and NDT Global's

---

[23] Dynamic Risk is an industry leading company that has for over 25 years provided pipeline risk management software specifically designed for regulated pipeline systems, https://dynamicrisk.net/ (last accessed May 12, 2025).

[24] New Century Software has provided pipeline integrity management software since 1994, https://www.newcenturysoftware.com/ (last accessed May 12, 2025).

[25] P23077-EN-RPT-001 - MPOG ILI Results Engineering Summary Report Rev. 0, p. 4.

[26] Rosen is an ILI vendor with MFL technologies, https://www.rosen-group.com/en/business-fields/oil-and-gas/pipelines/pipeline-inspection (last accessed May 12, 2025).

UT technology[27]), the Company increases its ability to identify potential pipeline integrity concerns. The use of this technology supports and reinforces its commitment to maintaining the safety and integrity of the system.

The adoption of Ultrasonic Testing (UT) tools enhances pipeline inspection by providing more detailed and accurate data on mechanical damage, such as dents that may result from third-party activities like anchor strikes, dredging, or construction. Additionally, UT technology improves the detection of ovalities and buckling, which can stem from subsea geotechnical integrity threats (e.g., seabed instability, scouring, seismic or weather-related activity, etc.). UT technology also improves the detection of manufacturing defects (e.g., pipe wall laminations) that were not reliably detected with MFL technology. The UT tool ensures a more comprehensive assessment of pipeline conditions and proactive mitigation measures.

Third Coast is now adding Inertial Measurement Unit (IMU) data acquisition from ILI tool assessments into its integrity analysis for certain pipeline systems susceptible to unusual soil movements.

Inertial Measurement Unit (IMU) data collected from In-Line Inspection (ILI) tools plays a crucial role in verifying the precise location of a pipeline within its designated right-of-way (ROW). This data allows Third Coast to compare the actual pipeline position against historical records and design specifications. This ensures the pipeline has not shifted due to external forces. If discrepancies are detected, Third Coast can investigate and take corrective action when observed.

Third Coast has expanded the use of its integrated ILI data (collected every five years from the ILI tool runs) from typical mechanical damage and metal loss feature identification and quantification to using the data to verify and check all of its CGF connectors are maintained as installed without movement or change.

The October 2023 ILI tool run by NDT Global is another example of enhanced analysis capability showing that the CGF connector was in proper condition at the time of the assessment.

The October 2023 inspection data demonstrated that the pipeline was in good condition. The inspection run did not identify any PHMSA-required features or anomalies that needed a regulatory-categorized repair within the immediate, 60-day, or 180-day timeframe. The data also demonstrated that internal and external corrosion control programs have been effective for a pipeline with approximately 27 years of service.[28]

---

[27] NDT Global is recognized as an industry leader for ILI with state-of-the-art technologies. https://www.ndt-global.com/ (last accessed May 12, 2025).

[28] NDT Global Inspection Report - 22 December 2023, Section 4.3 Metal loss anomalies shows that only 271 metal loss features were detected and that 92% of them were at a depth of less than 10% of the pipeline wall thickness. The maximum external and internal wall loss were 21% and 11.6% of the pipeline wall thickness, respectively.

Although Third Coast's IMP includes Section 8.3 for guidance on assessment interval variances requiring PHMSA notification for intent to extend an ILI tool run frequency beyond five years, it has not done so for the MPOG Pipeline, despite other pipeline operators' practices after running a risk-based approach.

PHMSA requires an operator to submit a Safety Related Condition (SRC) Report for any integrity condition or anomaly discovered that cannot be repaired within the necessary timeframe. Third Coast has never needed to submit an SRC Report for the MPOG system.

## 4.3 Operations Control Center

### 4.3.1 CRM Plan, Training, and Qualification

Lighthouse Midstream Services, LLC (LMS), a wholly owned subsidiary of Third Coast, is responsible for the Control Room Management (CRM) Plan, which operates and maintains the primary and backup pipeline control rooms for the MPOG system.

The CRM Plan, dated March 31, 2022, is intended to maintain the control room's compliance with Control Room Management regulations (49 CFR 192.631 and 195.446).

This plan has a program review and change procedure documented through the CRM Program Review Form (CRM-APP-102). It is reviewed yearly and should not exceed 15-month intervals.[29]

The CRM Plan also has a deviation procedure that details the requirements for approval of any deviations from the plan. The deviation procedure is documented in the CRM Plan Deviation Form (CRM-APP-101).[30]

The plan has the required key chapters covering compliance requirements with:

- Roles and Responsibilities During Normal, Abnormal and Emergency Conditions,
- Shift Change Handover Procedures,
- Communication Outages,
- Fatigue Mitigation,
- Alarm Management, and
- Training.

[29] MPOG-012827, p. MPOG-012834.

[30] MPOG-012827, p. MPOG-012835.

The training section of the CRM Plan details the purpose of training and the two main types of training, PHMSA Operator Qualification vs Pipeline Controller Training Program.[31] The Pipeline Controller Training Program is administered in three phases:

- Phase I – Company Policies and Basic Responsibilities,
- Phase II – Console Training (OJT), and
- Phase III – Console Training and Final Evaluation.[32]

Each phase of training is tested and documented using CRM-APP-802, 803, and 804, respectively. A Final Evaluation is conducted and documented in CRM-APP-805 and AOC-EOPC Test CRM-APP-806.

## 4.4 Emergency Response Compliance

### 4.4.1 Emergency Response Plans

As noted in **Section 4.1.1**, PHMSA approved the Facility Response Plan for the Main Pass Oil Gathering System. Additionally, BSEE approved High Point Gas Gathering, L.L.C.'s Oil Spill Response Plan (OSRP), which includes the MPOG system.

### 4.4.2 Spill Response Related Compliance

The MPOG Oil Spill Response Plans are subject to regular audits, and Third Coast is required to test these plans in accordance with applicable BSEE and PHMSA regulations. Internal and external reviews are conducted to ensure compliance with the regulations. As a result of the reviews, minor amendments are often made, as would be expected for any live document. Ongoing updates and enhancements demonstrate that the plans are actively maintained and that lessons from drills have been effectively incorporated.

During the Incident, the spill response plan was followed and was found to provide an appropriate level of guidance, enabling the response team to operate effectively. The Incident was unusual because the time required to pinpoint the leak was affected by the weather, and NOAA's sheen origination assessment inaccuracies. However, MPOG worked as part of the Unified Command in order to solve these issues. MPOG mobilized 2 ROVs quickly and a Diving Support Vessel (DSV) that continued to work over a period of weeks to investigate the leak. This rapid mobilization was effective and highlights its proactive approach during a time when it wasn't initially confirmed that the MPOG system was actually the source of the leak.

---

[31] MPOG-012827, pp. MPOG012891-12892.

[32] MPOG-012827, pp. MPOG012892-012900.

The effectiveness of the spill response plan, the rapid mobilization during the initial response, and the strong collaboration within the Unified Command demonstrate MPOG's clear understanding of the requirements for responding to a spill. It confirms that MPOG executed its response in accordance with regulatory compliant plans, adhered to all applicable requirements, and maintained its "license to operate" under the oversight of multiple regulatory agencies.

Notably, Third Coast, Panther Operating Company, LLC, and High Point Gas Gathering, L.L.C. have never received a component or facility shut-in directive or order from BSEE for the MPOG Pipeline System. In addition, Third Coast, Panther Operating Company, LLC, and High Point Gas Gathering, L.L.C. have never received a PHMSA Corrective Action Order (CAO) for the MPOG Pipeline System.

## 4.5 Emergency Repair Equipment Readiness

### 4.5.1 Key Mobilization Assets

Third Coast was able to mobilize within 48 hours the following assets:

- Helicopter (Panther Helicopters),
- Inspection ROV support vessel, Chloe Candies,
- 2 ES&H oil spill response boats (one with absorbent material, one with 2,000 feet of containment boom),
- 10,000 feet of 24-inch containment boom (ES&H),
- 10,000 feet of 18-inch containment boom (ES&H),
- A 53-foot trailer with absorbent material (ES&H),
- 2 CGA fast response skimmer vessels (CGA-46' FRV Grand Bay and CGA-95' FRV Breton Island),
- 2 CGA fast response skimmer vessels (CGA-46' FRV RW Armstrong and CGA-95' FRV JL O'Brien),
- 2 CGA fast response skimmer vessels (CGA-95' FRV HI Rich and CGA 46' FRV Bastian Bay),
- Various SWS CGA Vessels for nearshore recovery operations,
- Additional assets (vessel, boom, and containers) on standby, and

- Full set of repair components for the 18-inch pipeline (staged in Houston).[33]

## 4.6 Right of Way (ROW) Inspections

### 4.6.1 ROW Inspections

Third Coast conducts weekly aerial patrols over the MPOG system.[34] PHMSA regulations require right-of-way inspection 26 times per year, or every two weeks at intervals not exceeding three weeks, per 49 CFR 195.412.[35] Third Coast implementation of weekly patrols is another example of the Company's commitment to exceeding regulatory requirements to further ensure environmental protection.

### 4.6.2 Subsea Monitoring of Offshore Pipelines

The PHMSA O&M Manual requires underwater inspections for pipeline segments located in water depths of less than 15 feet, in accordance with PHMSA regulations under 49 CFR 195.412 and 195.452.[36]

## 4.7 Regulatory Oversight and Compliance History

### 4.7.1 PHMSA Related Compliance

The PHMSA database on Federal Enforcement Cases shows that all cases for Panther Operating Company, LLC have been resolved.[37] There are no specific entries in the system of any enforcement actions directly relating to Third Coast.

**Table 3** below summarizes federal enforcement cases from 2006 until 2025 (YTD). The information shows that all cases were resolved without any proposed penalties, assessed penalties, or corrective action orders.

---

[33] ICS 201 Incident Briefing 11.16.2023 MPOG 11015 Incident, NTSB docket no. 54.

[34] Third Coast Operations & Maintenance Manual, Hazardous Liquids 195, Section 12.3, Inspection of Right-of-Way.

[35] PHMSA 49 CFR Part 195 - 195.412 Inspection of Rights-Of-Way and Crossings Under Navigable Waters.

[36] PHMSA 49 CFR Part 195 - 195.413 Underwater Inspection and Reburial of Pipelines in the Gulf of Mexico and Its Inlets.

[37] https://primis.phmsa.dot.gov/enforcement-data/operator/31994 (last accessed May 12, 2025).

Table 3 – PHMSA Enforcement Statistics for Panther Operating Company, LLC

| Year Range | Cases Initiated | Cases Resolved | Penalties Proposed | Penalties Assessed | Corrective Action Orders |
|---|---|---|---|---|---|
| 2011-2015 | 3 | 3 | $0 | $0 | 0 |
| 2016-2020 | 1 | 1 | $0 | $0 | 0 |
| 2021 | 2 | 2 | $0 | $0 | 0 |
| 2022 | 0 | 0 | $0 | $0 | 0 |
| 2023 | 0 | 0 | $0 | $0 | 0 |
| 2024 | 0 | 0 | $0 | $0 | 0 |
| 2025 (YTD) | 0 | 0 | $0 | $0 | 0 |
| Total | 6 | 6 | $0 | $0 | 0 |

The MPOG system went through multiple ownership transitions before 2016. British Petroleum (BP) acquired Amoco Pipeline Company and assumed operational control of the system. Panther Operating Company, LLC then took over the operational control of the system, and the system is now owned and operated by wholly owned subsidiaries of Third Coast. As Third Coast's ownership period began in 2017, only three of the six enforcement cases are applicable to Third Coast.

#### 4.7.2 BSEE Related Compliance

The BSEE database shows no serious non-compliance incidents requiring facility or component shut-in.[38,39,40] A total of five warnings[41] of non-compliance have been issued during the pipeline system's operational lifetime for Panther Operating Company, LLC.[42]

#### 4.7.3 Compliance Summary

Overall, Third Coast and its subsidiaries maintain a strong compliance record, consistently demonstrating proactive measures to address and close any potential gaps in their compliance programs. Its commitment to regulatory excellence is evident through robust oversight, continuous program development, implementation of enhanced measures, and timely response to notifications and recommended corrective actions.

---

38 https://www.data.bsee.gov/Company/INCs/Default.aspx (last accessed May 12, 2025).

39 Component shut-in requires the facility to stop using noncompliant equipment until the violation is corrected.

40 Facility shut-in requires the facility to cease operation until the violation is corrected.

41 A warning identifies an area of concern for the operator to note, monitor, and make corrections, https://www.bsee.gov/what-we-do/safety-enforcement/enforcement-tools/incidents-of-non-compliance (last accessed May 12, 2025).

42 https://www.data.bsee.gov/Company/INCs/Default.aspx (last accessed May 12, 2025).

# 5. ANALYSIS

## 5.1 2023 NDT-Global In-Line Inspection

On October 10, 2023, just over a month before the Incident, NDT Global completed an In-Line Inspection (ILI) run on the MPOG Pipeline. NDT Global is considered state-of-the-art regarding these types of ILI assessments. NDT's inspection found no anomalies, deformations, or excessive metal loss outside of allowable design parameters in the area of the failed CFG connector.

As part of this inspection, NDT Global also analyzed the pipeline spools and fittings at the 2004 repair location in the area of the CGF connector at issue here. The inspection confirmed that the collet connector was in the correct position on the pipe end at the northern end of the repair.

**Figure 5**, **Figure 6**, and **Figure 7** are excerpted from slides prepared by NDT Global.

**Figure 5** demonstrates that the tool correctly reported the as-installed lengths of the pup-piece spools between the CGF connectors at each end. This provides confidence in the pipe and CGF connector dimensions extracted from the ILI data.

Figure 5 - NDT Global Analysis of ILI Data to Fitting Dimensions




**Figure 6** below shows the bore changes across one of the CGF connectors installed in 2004, which shows good alignment with the as-installed dimensions of both the bore and the

internal lengths of each element, again providing further confidence in the data gathered by the ILI tool.

Figure 6 – NDT Global Analysis of ILI Data to Inside Dimensions of CGF Connector




| | Drawing | Data |
|---|---|---|
| Presection (purple) | 9 inch | 9 inch |
| Transition (red) | 12 inch max | 7.6 inch |

**Figure 7** shows the specific bore changes and distance along the pipe across the transitions from the pipe bore to the CGF connector internal bore at both ends of the 2004 repair spool. The pipe end at the southern CGF connector (the right-hand image) is shown as being approximately 2.5" (~63.5mm) from the "shoulder" behind the flange of the CGF connector, with the corresponding dimension at the northern end being shown as 7.6" (~193mm). As shown in **Figure 6,** the maximum allowable distance between the pipe end and the CGF connector "shoulder" is 12" (~305mm). Thus, at the time the ILI run was performed, both pipe ends were located in the appropriate part of the collet connectors with an adequate margin to ensure engagement of the environmental seals within the CGF connector.

Figure 7 – NDT Global Analysis of ILI Data for Pipe to CGF Connector Spacing




In short, NDT's inspection just weeks before the Incident confirms that the CGF connector in question was in the proper position and that there were no indications of anomalies, deformations, or excessive metal loss to the pipeline in that area.

## 5.2 Location of Leak Source and Volume Estimates

### 5.2.1 NOAA Reports

During the initial stages of the emergency response to the Incident, Third Coast, BSEE, and NOAA made observations of the sheen size and characteristics to proactively mitigate any potential environmental impacts, drive recovery efforts to collect the product, and assist with location of the leak and volume estimates.

These proactive efforts taken by Third Coast and the Unified Command helped to ensure that there were no shoreline impacts and only minimal wildlife impacts. Recovery of oil that could be collected amounted to approximately 500 gallons.[43] After November 20, 2023, the primary focus of Third Coast and Unified Command turned to identifying the location of the leak.

[43] NTSB Report "Environmental Response," pp.11 and 29, dated September 25, 2024, PLD24FR001.

National Oceanic and Atmospheric Administration (NOAA) completed six trajectory prediction presentations for the release to help direct incident response activities and priorities that were shared with the Unified Command.[44]

The release trajectory projections were dated:

- 9:10 a.m. November 16, 2023,
- 10:30 p.m. November 16, 2023,
- 1:30 p.m. November 17, 2023
- 7:00 p.m. November 18, 2023,
- 5:00 p.m. November 19, 2023, and
- 6:30 p.m. November 21, 2023.

As the sheen dissipated, NOAA stopped providing projections and directed the Unified Command to focus on surface (e.g., satellite and aerial) and shoreline oil observations.[45]

Notably, the initial NOAA Reports indicated that the size, shape, and trajectory of the sheen pointed to a leak source around MP 142 and MP 144 because the trajectory prediction model assumed a continuous release located in MP 143 based on the overflight conducted by the USCG.[46] Until the "Fish Eyes" were observed, as discussed above, leak source efforts were prioritized around MP142 and MP144, rather than the actual source in MP 69.

On November 28, 2023, NOAA scientists issued a "no oil observed" status report, communicating that their satellite analysis did not detect obvious oil spills, despite obvious conditions,[47,48] indicating that no further sheens were observed. If a "no oil observed" status is issued, it indicates that there is no immediate threat of oil to marine wildlife or coastal environments.

Release sheens observed on the Gulf's surface were inconsistent with the original worst-case release volume. The observed oil sheens during overflights were reported to be significantly less than expected from discharges equivalent to the original worst-case release.

---

[44] NTSB Report "Environmental Response," pp.15-18, dated September 25, 2024, PLD24FR001.

[45] NTSB Report "Environmental Response," p. 26, dated September 25, 2024, PLD24FR001.

[46] NOAA Trajectory MPOG 11015 Incident 11 16 2023_Redacted-Rel, pp. 16 and 26.

[47] NTSB Report "Environmental Response," p. 30, dated September 25, 2024, PLD24FR001.

[48] NOAA Marine pollution surveillance report 20231128.

The NOAA Oil Fate Analysis Report, dated November 2023, reported that:

> "At the end of a few days, various model runs indicate almost 25-30% will have evaporated, 40-50% will have dispersed, ~10% been scavenged by sedimentation, leaving 10-20% floating on the water surface. The high winds / seas resulted in a large amount of dispersion and sedimentation. There is a high level of uncertainty in the model results, but the observed amount of floating oil is consistent with these modeling results."[49]

If NOAA calculated the 10-20% on the worst-case discharge unverified release estimate of 27,000 barrels, then 10-20% would result in an oil sheen of 2,700 barrels to 5,400 barrels observed on the surface of the Gulf. Based upon this volume, the sheen size could range from 1,189 to 2,379 square miles, based on assuming the equivalent overflight observations to BSEE's report from November 18, 2023. There were no sheen observations that exceeded 275 square miles (see **Table 4** below). Not finding oil at depth further undermines the potential for a maximized volume release.

Ultimately, the NOAA trajectory model indicated that a release from the location of the CGF connector was unlikely to have migrated northeast to where the initial sheen was observed on November 16th through November 21st.[50] This was not able to be explained by NOAA nor BSEE.

### 5.2.2 NOAA ROV Leak Source Inspection

As Third Coast and Unified Command turned to identifying the location of the leak, NOAA deployed remotely operated vehicles (ROVs) to inspect the pipeline for the source of the oil sheen. On November 21, 2023, an incident status summary was issued stating, *"NOAA ROV assessment is complete, no subsurface oil detected."* NOAA's trajectory for the oil predicted it would drift further to the north, but there was no indication of it reaching or nearing land.

### 5.2.3 Multiple Volume Estimates Were Made

#### 5.2.3.1 Initial Estimate

During the initial portion of the emergency response, the USCG requested Third Coast to provide an estimate of the worst-case release volume.[51] At that time, limited facts were available, and it was unknown whether the release that the Third Coast overflight crew

---

[49] Oil Fate Analysis by NOAA, dated November 20, 2023, p. 12, NTSB docket no. 29 (emphasis added).

[50] MPOG11015 Incident: Main Pass, LA, NOAA Hindcast Modeling Summary, dated November 22, 2023.

[51] Initial release estimates are critical to the Unified Command for emergency spill response planning and mobilizing an appropriate response to contain and mitigate discharges or releases threatening the environment. As such, they are intentionally designed to address potential worst-case scenarios.

observed in Main Pass 143 and reported to the NRC was due to the MPOG system.[52] In response to the USCG's request for a worst-case release estimate, Third Coast provided the USCG with a preliminary table of meter readings of the oil inflows and outflows from the MPOG system. Over seven hours, there was an imbalance in the total metered volume entering and exiting the MPOG system of approximately 27,000 barrels.[53]

Hours after Third Coast reported the first observed sheen to the NRC,[54] a USCG overflight of the same location in Main Pass 143 was conducted. In contrast to the observance report from Third Coast, the USCG notified the NRC[55] that an underwater subsea pipeline had ruptured, with a maximum potential release of 1.1 million gallons (approximately 26,000 barrels) of unprocessed crude oil. The report also noted that the pipeline had experienced a pressure differential drop, with the most likely cause being pipe corrosion. Additionally, the crew verified the presence of a dark oily surface sheen over the presumed rupture location in Main Pass 143. Certain statements contained in the caller report, including that the rupture was likely due to corrosion and involved a release of 1.1 million gallons (approximately 26,000 barrels), were made without an observed basis of factual verification.

The implications of using unverified information should be acknowledged. Respectfully, the preliminary metering information that Third Coast provided to the USCG request was not considered definitive but instead a representation of the worst-case pipeline discharge. The following minimum information would have been required in order to validate any hypothetical calculation to provide a more reasonable and accurate preliminary estimate of the leak volume:

- Source of leak, revealing the depth of the pipeline and seabed cover (if any),
- Size and nature of release point on pipeline,
- Duration of the leak, accounting for non-linear duration periods,
- Actual pressure decline profile,

[52] NRC #1384438: Third Coast first notified the NRC that it observed an unknown amount of crude oil that was released from an underwater transmission pipeline of an unknown source and an unknown cause. Third Coast could not factually state the specific source or cause of the observed oil release in Main Pass 143 without additional facts. Other facilities and pipelines could have experienced incidents due to the weather or other factors.

[53] Preliminary metering data indicated the total metered volume of incoming flows was greater than the outgoing flow from 11/15-19:00 through 11/16-10:00. The approximate volume imbalance estimated at that time was preliminary and had not been corroborated with other facts.

[54] NRC #1384438.

[55] NRC #1384485.

- Potential metering difficulties due to injected drag reducing agent (DRA), and
- Potential stored volume in the pipeline.

#### 5.2.3.2 Revised Estimate

Over the subsequent two days, Third Coast updated the volume calculation to reflect 291 barrels of crude oil based upon observed oil sheen. On November 18, 2023, Third Coast provided the 48-hour update to the NRC, as required, and included this new calculated volume based on updated information.[56,57]

Emergency response activities continued to report worst-case discharge quantities and to reclassify the release certainty level from potential worst-case to probable amount as fact, without stating the basis for changing the certainty level or how it is verified. Other emergency response activities, such as predictive oil trajectory modeling, environmental response, and leak location activities, use the reported worst-case discharge values as an underlying basis.

Third Coast and the Unified Command discussed the concern about large discrepancies in the reported spill volume. The volumes reported based on actual observations (ranging up to 2,270 barrels) were much less than the reported worst-case discharge estimate (approximately 27,000 barrels). Although the worst-case discharge estimate of roughly 27,000 barrels was intended for planning purposes,[58] the NRC and NCC revised the estimates on the day of the 48-hour update as follows:

- *"At 16:36 the USCG reported the spill to be 'potentially' at 1.1 million gallons through National Command Center and at 23:42 EST the same day changed the certainty evaluation to "probable amount discharged.'"*[59]
- *"At the Unified Command, NOAA prepared oil spill trajectory of the release, dated 11.16.2023_2300, stating that 'RP now estimates the total release as 27,000 BBLS.'"*[60]
- "… (*CIC) Report… … MAJOR OFFSHORE OIL SPILL - 16 NOV 2023… …The original worst-case scenario of 1.1 million gallons is now the probable amount discharged with the worst case discharged amount to be determined."*[61]

---

[56] NRC Report 1384617, dated November 18, 2023.

[57] NTSB Report "Pipeline Operations/Integrity Management," p. 24, dated September 25, 2024, PLD24FR001.

[58] Update 3 RE_ Pipeline Notification_ Venice_ LA_ Crude oil release 11 16 2023_Redacted-Rel.

[59] NTSB Report "Environmental Response," Table 3, p. 29, dated September 25, 2024, PLD24FR001.

[60] NTSB Report "Environmental Response," Table 3, p. 29, dated September 25, 2024, PLD24FR001.

[61] CIC Report – Potential Major Offshore Oil Spill, Nov. 16, 2023, Redacted-Rel.

#### 5.2.3.3 Additional Estimates

In the days following the Incident, NOAA and BSEE reported several observed sheens. The table below quantifies those observed sheens using the High Point Gas Gathering, L.L.C. OSRP volume calculator table.[62] The table below quantifies those observed sheens using the High Point Gas Gathering, L.L.C. OSRP volume calculator table.[63] The highest estimate of barrels released based on this analysis is 1,482.

Table 4 - Calculated Release Volumes using Observed Sheens and OSRP Volume Calculator

| Reported By | Date | Square Miles | Barrels | Remark |
|---|---|---|---|---|
| MPOG | Nov 16, 2023 09:03 hours | not stated | not stated | Initial sheen sighting and recoverable oil |
| USCG | Nov 16, 2023 16:00 hours | 90 | - | Oil slick 15 miles long by 6 miles wide |
| USCG, MPOG, Forefront | Nov 17, 2023 11:00 hours | 274 | 577 | Estimate 97% silver sheen and 3% black recoverable oil in linear patterns along a convergence boundary. |
| USCG, MPOG, Forefront | Nov 17, 2023 15:45 hours | - | - | Sheen observed, not enough fuel to quantify size and color |
| USCG, MPOG, Forefront | Nov 18, 2023 10:00 hours | 197 | 242 | 197 sq. miles (50% coverage) of mostly silver sheen, with some metallic patches (about 1.2 sq. miles) |
| BSEE | Nov 18, 2023 10:30 hours | 185 | 1482 | Estimate 10% barely visible; 15% silver; 20% light rainbow; 20% bright rainbow; 30% dull, 5%dark |
| NOAA, Forefront | Nov 19, 2023 09:15 hours | 47 | 57 | 46.5 sq. miles of silver sheen and 0.31 sq. mile of metallic sheen |
| USCG, NTSB, Third Coast Contractor | Nov 19, 2023 13:00 hours | - | - | Localized sheen and emulsified oil observed, no recoverable oil observed |
| NOAA, Forefront | Nov 20, 2023 10:30 hours | nil | nil | Small silver sheen observed (about 200 sq. feet.) |

[62] OSRP reference to volume calculator table.

[63] OSRP reference to volume calculator table.

#### 5.2.3.4 Volume Estimate Uncertainties

Estimating the volume of oil discharged during an offshore incident can vary significantly due to the many variables involved. Uncertainty in the estimate basis or the accompanying data can result in oil discharge volume estimates that are inconsistent and that extend over a significant range. That is true in this case. Here, the original metering and instrumentation data suggested a release in the range of 27,000 barrels, while the actual observations in the environment indicated a release of just a fraction of that amount. Other uncertainties call the metering data into further question.

Significant differences exist between the estimated leak volume and the amounts of oil recorded as part of the emergency response, either observed as sheens, collected from the surface, or verified not to be present by inspection. Questions regarding the metering estimate's accuracy stem from several considerations.

For example, the primary production platform (Horn Mountain at MC 127) that provides crude oil to the MPOG system was often and at irregular intervals prior to the Incident injecting Drag-Reducing Agents (DRA) into their oil production stream. This additive is injected to reduce friction loss in the pipeline, allowing more crude oil to flow through the system and reduce back pressure. Injecting DRA can cause inaccuracies in turbine flow meter (such as the type on the MPOG system) readings based on the changing viscosity of the crude oil. As a result, the system's inlets and outlets do not always balance correctly. As a result, the original estimate that Third Coast provided was based on unconfirmed preliminary meter data. Since the Incident, Third Coast has taken several steps, including requiring Horn Mountain to inject DRA at a specific volume, and at specific intervals, and to notify Third Coast prior to changing this cadence, to minimize as much as possible these sorts of metering discrepancies going forward.

In addition to the potential meter inaccuracy, several other factors point to a volume release estimate lower than the initial worst-case scenario. These factors include the following additional considerations:

- The pressure profile on the pipeline changed (decreased) over the seven-hour period until operators isolated the MPOG system. No sudden changes in pressure were observed, which would have been typical had there been a significant rupture of the pipe or an open leak in the system. Instead, the changes took place discontinuously and at one point leveled out, which would be indicative of the temporary reestablishment (or partial reestablishment) of the CGF seals.

- The flow rate at the outlet of the pipeline system dropped to zero at approximately 00:30 on November 16, after almost five and a half hours of troubleshooting fluctuating pipeline pressures and flow rates. This indicates that the system had likely come to equilibrium.

- The Oil States Industries Report observed that "*longitudinal scoring and surface damage to the [outer side] of the [pipeline] starting from approximately where the Slip Collets were originally set,*" correlating to the CGF connector teeth damage, indicating the pipe had moved out from being previously properly inserted into the connector. It is not known and cannot be determined, however, the incremental rate and distance of this disconnecting movement.[64]

- The Oil States Industries Report also observed: "*The pipe was relatively loose within the end of the CGF, and it was attempted to slide the pipe out horizontally using the overhead crane. A true horizontal motion was difficult to maintain, and the pipe ended up getting pinched at the grip to pipe interface as it was still engaged some*."[65] This finding indicates that the pipe and CGF connector were still somewhat engaged creating a very irregular leak flow path.

- The Oil States Industries Report further observed: "*There were no obvious signs of high flow oil through the small voids between the pipe [outer wall] and the [CGF] Connector inside.*"[66]

- In addition the Oil States Industries Report observed: "*No major damage is found other than the Slip Collet, Collet Driver, and the Girder Band .. tabs*."[67] and "*the seals look in excellent condition . . . indicating a good set.*"[68] for the Packers, Lantern Ring, and Seal Backup Ring.

Further details and a peer review of the Oil States Industries Report can be found in **Section 5.5** below.

#### 5.2.4 Summary

In the end, there are two primary lines of evidence establishing the probable volume released from the MPOG Pipeline during the Incident: (1) the metering and instrumentation data, and (2) actual observed oil in the environment. Neither of these two lines of evidence are fully definitive. Instead, they suggest a potential range, with approximately 27,000 barrels as the worst-case estimate (which estimate cannot be confirmed with real-world observations) and a more limited release at some fraction of that estimate (which is consistent with contemporaneous facts of the emergency response). At this point, and based on currently available evidence, it is not possible to resolve this discrepancy to a reasonable degree of scientific certainty.

---

[64] Oil States Report, "REP-18IN-CGF-NTSB-R2_110124 wip_Redacted-Rel" November 1, 2024, p. 46.

[65] Oil States Report, "REP-18IN-CGF-NTSB-R2_110124 wip_Redacted-Rel" November 1, 2024, p. 5.

[66] Oil States Report, "REP-18IN-CGF-NTSB-R2_110124 wip_Redacted-Rel" November 1, 2024, p. 6.

[67] Oil States Report, "REP-18IN-CGF-NTSB-R2_110124 wip_Redacted-Rel" November 1, 2024, p. 33.

[68] Oil States Report, "REP-18IN-CGF-NTSB-R2_110124 wip_Redacted-Rel" November 1, 2024, p. 31.

## 5.3 Geotechnical Analysis

On November 15, 2023, significant weather conditions aligned with regional geotechnical properties to create a high-risk scenario for mudslide events in the vicinity of the MPOG Pipeline at the collet flange connector. Analysis of sea states during this period indicates the presence of increasing wave heights and lengths that contributed to pressure fluctuations on the seabed located on the eastern side of the Mississippi Delta area (Main Pass). This area is also characterized by very soft soil, thus increasing the potential for a mudslide event.

Based on the available data, it appears that the substantial wind and waves produced in a winter storm at the time of the Incident likely contributed to a geotechnical event or combination of events (soil slope failure and mudslides) with enough force and direction to displace and damage the MPOG Pipeline in the area of the CGF connector. This damage included the localized deformation (ovality) of the pipe as well as a failure of the CGF connector and pressure containment seals. The section below provides a summary of the primary evidence supporting this conclusion. A more detailed geotechnical analysis of the events and conditions supporting the finding is included as Appendix B.

### 5.3.1 Introduction to Geotechnical Analysis

Pipeline integrity, especially concerning potential geotechnical technical analysis and damage mechanisms, presents a complex and multifaceted challenge. It is influenced by various unpredictable threats that can arise suddenly or develop over time. Below is a partial list of the main geotechnical integrity threats in the Gulf of America:

- Seabed Scour & Erosion – Strong currents and storm-induced wave action can erode sediment around pipelines, leading to exposure, instability, dislocation, and free spanning

- Sediment Liquefaction – Under certain conditions, loose seabed sediments can lose strength and behave like a liquid, potentially causing pipeline displacement

- Mudslides & Seafloor Instability – In areas with soft sediments, underwater landslides can occur, shifting pipelines and causing structural damage

- Wave-Induced Seabed Motion – Large storm waves can penetrate deep into the seabed, affecting buried pipelines and causing movement

- Seismic Activity & Fault Movement – Although in deeper water, the Gulf of America has active fault zones, which can lead to ground shifts that stress pipeline structures

**Figure 8** shows the stages of a mudslide resulting from slope failure. The damaged MPOG CGF connector in Main Pass 69, in relation to **Figure 8**, is located toward the left of

the diagram on the submarine slope. Shaded red. The Mississippi Delta, including Main Pass 69, has well documented past events involving early-stage creep and mudslides.

Figure 8 – Stages of Submarine Mudslide[69]




Unlike slow, time-dependent degradation mechanisms such as corrosion, geotechnical failures can occur as abrupt events, triggered by factors like soil instability, seismic activity, subsurface movement, or extreme weather conditions. These dynamic threats pose a unique risk, as they often lack clear warning signs and can lead to catastrophic consequences if not adequately mitigated. The inherent uncertainty in predicting these occurrences underscores the necessity of advanced modeling, continuous monitoring, and proactive intervention.

### 5.3.2 Weather Conditions at time of Incident

On November 15, 2023, a storm approached the pipeline with wave heights and periods continually increasing during the day. **Figure 9** illustrates the sea state at 18:00 (additional details in Appendix B). Significant wave heights were up to 14 feet and the waves were essentially perpendicular to the pipeline. At the CGF connector location, the maximum wave height reached 15.5 feet at 21:00 while the wave length increased to 291 feet at that time.

[69] Shan, Z., Wu, H., Ni, W., Sun, M., Wang, K., Zhao, L., Lou, Y., Liu, A., Xie, W., Zheng, X., & Guo, X. (2022). Recent Technological and Methodological Advances for the Investigation of Submarine Landslides. Journal of Marine Science and Engineering, 10(11), 1728. https://doi.org/10.3390/jmse10111728.

Figure 9 – Sea State in the Region on November 15, 2023 at 18:00




### 5.3.3 Mudslide Vulnerability

Large storm waves can cause varying pressure on the ocean floor, particularly in shallow waters. As the soil in the Main Pass region tends to be very soft, these pressure variations can lead to mudslides even on very flat slopes. Nodine et al. (2007) provide a methodology and a program that can be used to analyze the mudslide vulnerability at a submarine site.

The program calculates a minimum factor of safety of 1.26 for November 15, 2023 at 00:00 hours (additional detail in Appendix B) with a factor of safety above 1 indicating that a mudslide was not expected at that time.

However, for the wave conditions of November 15, 2023, at 21:00 hours, the program calculates a minimum factor of safety of 0.80. As the result is less than 1, a mudslide is expected to have occurred approximately at that time.

Numerous mudslides have been previously reported in the Mississippi Delta region. In many cases, they have been reported because they moved and/or damaged a pipeline.

Notable cases include mudslide occurrences during Hurricanes Ivan and Katrina. However, these calculations illustrate how lesser storms can also create conditions for mudslides in shallow waters.

#### 5.3.4 Evidence of Pipeline Movement and Damage

Analysis of the available evidence related to the Incident indicates significant pressures along the ocean floor directed essentially perpendicular to the pipeline on and about November 15 and 16, 2023. Although pipelines can typically absorb some limited lateral displacement, increased lateral movement of a pipeline can lead to damage in various forms. In this case, at least three lines of evidence indicate significant movement of the pipeline in response to those exerted pressures consistent with the displacement caused by a mudslide and/or another event. As discussed below, these include: (1) a comparison of historical as-built drawings of the repair location; (2) longitudinal displacement of the pipe inside the CGF; and (3) the ovalization and plastic deformation of the recovered pipeline section.

##### 5.3.4.1 As-Built Drawings

First, a comparison between the 2005 and 2024 repair as-built drawings shows that the pipeline section north of the 18" NAKIKA pipeline crossing has been moved horizontally and vertically as observed comparing **Figure 10** with **Figure 11**. The 2005 repair as built shows a straight pipe both in the top view and in the side view. However, the 2024 repair as-built shows the pipeline now has a curved section, as indicated in the green shaded area **Figure 11** below, demonstrating both lateral and vertical displacement of the pipeline between the two repair events.

Figure 10 – 2005 As-Built Drawing at the Crossing with the 18" Na Kika Pipeline[70]



[70] As-Built Piping, Crossing of Existing 18" BP/AMOCO (MPOG) & 18" Na Kika, BPA-132-2007, rev. 2, dated Mar. 2005.

Figure 11 – 2024 As-Built Drawing at the Crossing with the 18" Ni Kika Pipeline.[71] Green Boxes Show the Section of the Pipeline that Moved with Respect to the 2005 Repair As-Built Drawing.




### 5.3.4.2 Longitudinal Displacement of the Pipe Inside the CGF Connector

Second, as **Figure 12** shows, the pipe was found to be only 9 inches inserted into the CGF connector while that distance should have been between 24 and 33 inches. This observation corresponds to potential longitudinal movement of approximately 15 to 24 inches, which indicates even larger lateral motions of the pipeline.

[71] Final Pipeline Crossing Configuration, 24003-1-G-0004, rev. 1, dated Mar. 14, 2024.

Figure 12 – Pipeline Longitudinal Displacement: the Slip Collet Grips Should Be Between the 24 and 33 Marks But Were Found 9 Inches from the End of the Pipe[72]



### 5.3.4.3 Ovalization and Plastic Deformation

Finally, and notably, the pipe was significantly ovalized. **Figure 13** lists the diameter measurements along the length of the pipeline. Using these measurements, the ovality of the pipe can be calculated as presented in **Figure 14**. The plot shows a maximum ovality of 1.9% at the end of the pipe, which is indicative of a bending moment exceeding 950,000 foot-pounds that would have resulted from lateral forces and displacement of the pipeline (additional detail in Appendix B). Once again, this is consistent with and further evidence of a potential mudslide event.

[72] Oil States Industries, Inc., "Inspection Report REP-18IN-CGF-NTSB," November 1, 2024, p. 44, NTSB Docket No. 4.

Figure 13 – Diameter Measurements in the OSI Report[73]

| DOC # | REP-18IN-CGF-NTSB | DATE | 01-NOV-24 | REV | 2 |
|---|---|---|---|---|---|
| TITLE | INSPECTION REPORT<br>18IN CLASS 900 COLLET GRIP FLANGE, S/N 2377.01 | | | | |

The end of the pipe has been dimensionally changed and is no longer round. The end dimensions measured are:

Vertical 12 to 6 = 17.860 inches
Horizontal 3 to 9 = 17.520 inches

The following measurements were taken from the end of the pipe, in 3 inch increments to 60 inches from the end.




| Increment | 12 – 6 measurement | 3 – 9 measurement | Increment | 12 – 6 measurement | 3 – 9 measurement |
|---|---|---|---|---|---|
| 0 | 17.860 | 17.520 | 11 | 17.944 | 17.970 |
| 1 | 17.890 | 17.728 | 12 | 17.945 | 17.975 |
| 2 | 17.942 | 17.897 | 13 | 17.962 | 17.952 |
| 3 | 17.947 | 17.880 | 14 | 17.988 | 17.995 |
| 4 | 17.944 | 17.989 | 15 | 17.999 | 17.983 |
| 5 | 17.954 | 17.963 | 16 | 18.014 | 17.983 |
| 6 | 17.954 | 17.978 | 17 | Measure beyond #16 were not noticeably different i.e. round pipe | |
| 7 | 17.954 | 17.979 | 18 | | |
| 8 | 17.969 | 17.983 | 19 | | |
| 9 | 17.963 | 17.986 | 20 | | |
| 10 | 17.962 | 17.976 | | | |

Page 47 of 136

[73] Oil States Industries, Inc., "Inspection Report REP-18IN-CGF-NTSB," November 1, 2024, p. 47, NTSB Docket No. 4.

Figure 14 – Ovality of the 18” Pipeline. Maximum of 1.9% Found at the End of the Pipe.




In summary, the available data and evidence indicate the storm event at the time of the Incident likely triggered a mudslide that moved the pipeline laterally. This lateral movement was large enough to pull the pipeline from the CGF connector by approximately 15 to 24 inches as well as to bend the pipeline to a curvature sufficient to ovalize it to 1.9% of its nominal diameter. Given the size, shape, and thickness of the pipe, an extraordinary force would be necessary to cause this ovalization, as further detailed in Appendix B. This in turn would have led to the release of oil at the location of the damaged pipe and failed CGF connector.

### 5.4 Ship Traffic

Another potential cause that could have contributed to the lateral displacement of the pipeline (including increased curvature and ovalization) as well as the ultimate failure of the CGF connector is a ship dragging its anchor across the pipeline. Here, it is particularly notable that dents were identified on the *surface* of the pipeline roughly four feet from the downstream end of the CGF connector as shown in **Figure 15**. This is important as the in-line inspection conducted by NDT Global on October 10, 2023, just weeks before the Incident, would have but did not identify any anomalies in this area of the pipeline, as discussed in more detail in **Section 5.1.**

Figure 15 – Impressions and Shallow Dents on the Pipeline Between 43 Inches and 49 Inches from the Downstream End of the CGF Connector.[74]




Given the significant indentations to the pipe near the CGF connector, an analysis of ship traffic in the vicinity of the CGF connector location in the days and weeks before the Incident was undertaken.

Vessel traffic was investigated from October 10th until November 16th using the Automatic Identification System (AIS) data collected by the USCG.[75] This analysis identified numerous vessels that crossed the pipeline at that location within this period, as shown in **Figure 16** and **Figure 17** (more detail in Appendix B). These plots illustrate the ship traffic in the immediate vicinity of the CGF connector (black circle). Several ships (colored lines with markers) cross the pipeline (black line), often at a near perpendicular angle.

[74] NTSB Materials Laboratory, Factual Report, 24-079, Draft dated Dec. 2, 2024, p. 14 of 23, Figure 9.

[75] Data available at https://hub.marinecadastre.gov/pages/vesseltraffic.

Figure 16 – Ship Traffic in the Vicinity of the CGF Connector Location from October 10, 2023, Until November 16, 2023



Figure 17 – Ship Traffic in the Vicinity of the CGF Connector Location from November 9, 2023, Until November 12, 2023

a) November 9




b) November 10




c) November 11




d) November 12




It is possible that a ship interacted with the pipeline and contributed to the lateral displacement of the pipeline at the CGF connector location. Numerous vessels crossed the pipeline in the period between the ILI and the Incident and there are dents on the surface of the pipeline that could indicate a dragged anchor event.

### 5.5 Peer Review of Oil States Industries, Inc. Report

Oil States Industries (OSI) summarized the as-recovered/as-found condition of the 2004 pipeline repair 18-inch Class 900 CGF connector that was the release source for the Incident in its report.[76]

The 2004 pipeline repair included a CGF connector purchased by the previous MPOG owner (BP) in 2001, from the manufacturer, Big Inch Marine Systems (BIMS). OSI acquired BIMS in 2002 and supported the installation of this connector.[77]

OSI did not conclude why the pipe slipped out from the connector at the northern end of the 2004 pipeline repair.

When the connector was leak tested, excavated, and removed in February 2024, the CGF connector was not correctly gripping the pipe, as later confirmed by OSI measurements once it arrived at their Houston Facility. However, OSI observed markings on the pipe and within the CGF connector that suggest it had initially been fitted with the cut pipe end located within specification within the CGF connector. Two facts support this observation:

- According to the inspector reports from the 2004 pipeline repair, the connector was successfully leak tested after installation, following the installation procedure.
- The NDT Global ILI run, approximately one month before the Incident, showed the position of the pipe end within the CGF connector to be within the spacing tolerance.

As reflected in **Figure 18**, two pieces of wood were found inside the CGF connector, which is abnormal. No explanation was offered for how the debris recovered from the CGF connector could have found its way into the connector. It is assumed that they were present from the initial installation and setting of the clamp during the 2004 pipeline repair. However, it is unclear whether they were in position when the CGF connector was deployed from the construction vessel or could have entered the connector once it was subsea and maneuvered into position on the pipe end.

---

[76] Oil States Industries, Inc., "Inspection Report REP-18IN-CGF-NTSB," November 1, 2024, NTSB docket no. 4.

[77] Oil States Industries, Inc., "Inspection Report REP-18IN-CGF-NTSB," November 1, 2024, p. 2, NTSB docket no. 4.

Figure 18 – Debris Found in CGF Connector Between Front of the Collet Grip Flange and Pusher



OSI did not conclude (or appear to evaluate) whether the wood debris recovered from the connector would have affected the grip force that the CGF connector could apply to the pipe.

OSI did not conclude whether the marks on the pipe and the collet grip flanges within the CGF connector are consistent with the initially installed connector, with the pipe end located within acceptable tolerances, and all bolts appropriately torqued.

The report mentioned that slip collets (which are the component of the CGF connector with teeth to bite into the outer diameter of the pipe) should have been installed between 24 inches and 33 inches from the pipe end. It noted no signs of the circumferential tooth indentations expected from correct pipe gripping by the teeth during the initial setting of the CGF connector installation.

The report did not conclude (or appear to evaluate) what this lack of tooth indentations at the expected CGF connector location indicates, i.e., whether the collet grips were not correctly set on the pipe and/or that the CGF connector was not properly installed in 2004. However, the report did mention that there are marks on the surface of the pipe between the expected original grip location and the pipe end, indicating that the collets must have been set with sufficient grip to have caused longitudinal scoring and surface damage to the pipe as it was pulled out of the CGF connector.

The report further mentioned that there are additional marks on the surface of the pipe within the last 9 inches that "indicate that the slips caught and gripped the pipe at this location and held a positive axial load creating high radial load to achieve the tooth indentation to the pipe."[78]

The report documented that the pipe's open end, which was inside the CGF connector, had been ovalized, with the 12-6 o'clock axis being measurably longer than the 3-9 o'clock axis.[79]

**Figure 13** shows the measurements taken by OSI to document the pipe's ovality.

The OSI report stated that the pipe end was located approximately 9 inches from the end of the CGF connector. The CGF connector design allows the pipe end to be located between 33 inches and 45 inches into the connector. Therefore, to pull the pipe end from the maximum penetration into the CGF connector to the 9-inch penetration noted from the OSI report, the pipe end must have moved as much as 36 inches relative to the CGF connector to the as-recovered position recorded during the OSI investigation.

There was no mention of whether there is evidence of intermediate "stages" of movement, or whether the CGF connector was just pulled straight out of the collet grip flange over a short period of time. The discontinuous pressure decline profile would suggest that the extent of disconnection (whether full or partial) may have varied or developed in stages over the course of the Incident.

[78] Oil States Industries, Inc., "Inspection Report REP-18IN-CGF-NTSB," November 1, 2024, p. 47, NTSB docket no. 4.

[79] Oil States Industries, Inc., "Inspection Report REP-18IN-CGF-NTSB," November 1, 2024, p. 8 and p. 49, NTSB docket no. 4.

# 6. INCIDENT PROBABLE CAUSE AND CONTRIBUTING FACTORS

## 6.1 Impact of Severe Weather at the Release Source

On November 15, 2023, weather data indicated a storm approached the pipeline (see **Section** ). Wave heights increased to nearly 16 feet in the general vicinity of MP 69. The pressure on the ocean floor is directly proportional to wave heights. Sixteen-foot waves in approximately forty feet of water, with a direction towards the delta, resulted in an increase in seabed currents, perhaps of up to five times normal. Maximum seabed current shear would likely lag several hours behind maximum wave heights.

The severe weather, in combination with unfavorable geotechnical conditions in the area of the Incident, combined to create a high risk for a mudslide or other comparable occurrence (see **Sections 5.3.2 and 5.3.3**). This likely resulted in loads on the pipeline sufficient to deform the pipe and contribute to the CGF connector failure.

## 6.2 Impact of Pipe Deflection, Collet Grip Flange Connector Strain, and Pipe Deformation

To illustrate, **Figure 19** and **Figure 20** show the correct and incorrect CGF connection to the pipe.

When the pipe does not have the proper end gap adjustment spacing of a maximum of twelve inches between the pipe end and the inside of the CGF connector, the elastomer seals are less effective in containing the product pressure and flow. On **Figure 19**, when the pipe edge was moved more than the twelve-inch allowable gap out of the fitting, this allowed product to seep between the elastomer seals and grips.

Based upon the OSI report, discussed in **Section 5.5**, the as-found condition of the pipeline after being removed from the pipeline system and investigated found that scratches and dents were consistent with the pipe pulling out of the grip seals and grips.

Figure 19 – Correct Collet Grip Flange Connection



Figure 20 – Incorrect Collet Grip Flange Connection




### 6.3 Impact of Foreign Debris in CGF Connector

As discussed in **Section 5.5**, the OSI report found foreign debris inside the CGF connector as part of the post incident investigation.

Foreign debris was likely not in the connector when the CGF connector was on the vessel prior to being moved to its final location for installation. OSI personnel were on the vessel assisting with the installation and likely would have observed the debris before leaving the vessel. **Figure 18** shows a photo from the OSI report showing one of the pieces of wood debris found during the post-incident inspection.

### 6.4 Conclusion

Third Coast's investigation identified that the Incident occurred due to a mechanical failure of a CGF connector on the MPOG Pipeline system near MP 69. Three interconnected factors contributed to the mechanical CGF connector and subsequent oil release, including: (1) adverse weather conditions characterized by high winds and wave action affecting the seabed, (2) seabed geotechnical disturbances such as subsidence or shifting of the seabed, and (3) mechanical forces acting on the pipeline, causing pipeline movement and an overstressed condition and failure of the CGF connector. Additional factors that may have

contributed include the possibility of a vessel dragging an anchor across the pipeline and the presence of debris in the collet flange. An in-line inspection conducted just weeks before the incident indicated the pipeline's integrity was within design parameters and revealed no material anomalies or defects, further strengthening Third Coast's conclusion that the CGF connector failure was caused by one or more of these factors.

# 7. POST-INCIDENT IMPROVEMENTS

Third Coast prides itself on going above and beyond regulatory requirements in safely operating its pipelines and other assets. When incidents do occur despite these efforts, Third Coast take the opportunity to improve even further and incorporate lessons learned. This incident is no exception. As discussed in this Section, Third Coast has undertaken a number of improvements to their own internal practices, procedures, and training.

## 7.1 Operations Control Center Improvements

### 7.1.1 Control Room Management Implementation of POEMS

Following the Incident, Third Coast undertook a complete internal review of its OCC procedures and training. As a result, and in preparation for meetings with the NTSB, Third Coast identified potential improvements in its procedures and training, many of which have already been completed. These are detailed in the sections below.

In addition, Third Coast in 2024 also implemented Enersys's POEMS™ CRM Suite (Control Room Management Suite).[80] This third-party software is an integrated pipeline control room set of programmable tools designed to offer pipeline operators safe and PHMSA-compliant control room operations, documentation, and communications. The modules in the CRM Suite provide the tools for logging shift notes, creating abnormal operating condition reports (AOCs), and compliance reports and logs. This software replaced several separate historical stand-alone systems and spreadsheets that Third Coast had used.

### 7.1.2 SCADA Revalidation Efforts

In 2024, Third Coast completed a complete revalidation of its SCADA system. This included, among other things:

- Verification that pipeline controls and status readings are operational and calibrated for accuracy;
- Addition of pressure alarms to the MPOG system;
- Conducting alarm rationalization such that:
    - Operational alarms are prioritized by severity
    - Nuisance alarms are investigated and ultimately eliminated
    - Leak detection alarms are operational and verified;

[80] https://www.enersyscorp.com/software/crm-suite/ (last accessed May 12, 2025).

- Validation of communications to field equipment and that data updates are timely;
- Installation of a new data logger system (POEMS); and
- Confirmation that cybersecurity measures are in place.

#### 7.1.3 Interim Leak Alarm

Prior to the Incident, operational procedures required the PCL to review and record flow and pressure data on a four-hour interval. This allowed the PCL to verify that the pipeline is balanced by ensuring that the inlet and outlet flows are equal and match, as an indication of the integrity of the system.

A decision was made to update the operational procedures and incorporate an interim leak detection alarm that will notify the on-shift PCL of a potential release from the pipeline system. This new interim leak alarm has been verified using the data from the Incident and will alarm the PCL of an imbalance within four minutes.

This alarm was ultimately replaced by a commercial pipeline leak detection system (ATMOS) that will monitor the SCADA data automatically every ten seconds. Third Coast contracted to install the ATMOS system in October 2024.

#### 7.1.4 ATMOS Leak Detection System

As mentioned above, Third Coast has contracted a company called ATMOS International to install a robust automated leak detection system for its pipeline system. This is typically a several-year process because it not only requires the configuration of software specific to OCC SCADA systems, but it also requires field equipment to be installed, calibrated, and validated in the system. The ATMOS Leak Detection System was commissioned and is actively monitoring the pipeline system as of May 1, 2025. The ATMOS Leak Detection System is programmed to alert the control room to changes in operating conditions or a flow imbalance. During commissioning of the ATMOS system, it detected a pinhole leak on the MP 69 platform.

#### 7.1.5 Reverification of ATMOS Functionality Annually with Unannounced Physical Leak Simulations

Now that this new ATMOS leak detection system is installed, Third Coast will create a preventative and mitigative (P&M) activity in its Integrity Management Program that requires unannounced drills to regularly test the system and the PCL response to the alarms generated during the drill. This drill/test will allow Third Coast to test the leak detection system's responsiveness under various release scenarios and locations along the system and ensure personnel follow appropriate procedures. It will also enable further AARs to document the strengths and opportunities for future performance improvements in the OCC.

### 7.1.6 Notification Procedures

Third Coast has implemented more robust notification procedures required for the PCL in the OCC to notify other departments, including Safety and Regulator Compliance, in addition to the previous notifications for technicians and supervisors.

This will allow other potential stakeholder departments to be alerted to potential abnormal operating conditions (AOCs), even while the AOC is being investigated and a resolution is being prepared. This will reduce response time when and if the AOC requires further support, notifications to external stakeholders, and implementation of an ICS to resolve the identified issue.

The new procedure also requires that AOCs be escalated higher in the organizational structure to provide greater awareness. Now, AOCs are expected to be escalated beyond the immediate supervision available in the OCC.

### 7.1.7 Management Review of SCADA Log Procedure

Inside the OCC, the PCL uses a log to document his/her observations of the pipeline operations and AOCs while on shift.

The new OCC procedures require that management review the SCADA logs periodically.

This review of the OCC SCADA logs will allow another check and balance on the pipeline operations in that it will:

- Ensure management is aware of the typical observations that may not have escalated to its attention.
- Ensure OCC PCL knows that their logs are being reviewed for greater accountability.
- Ensure there is a feedback loop from the OCC PCL through supervision to management that allows a critique of the quality and types of logs being recorded and any necessary improvements.

### 7.1.8 OCC Procedures Training

Third Coast reported that the OCC PCLs have been trained on all of the new procedures, and this is documented for audit purposes with respect to PHMSA Control Room Management (CRM) regulations.

The updated OCC procedures include:

- Revised notification procedures,

- Meter run flow chart,
- Valve alignments and permissives,
- PLC logic for MP 69, MP 225, Crescent, and sump,
- Added leak detection procedure, and
- Updated MPOG system map.

Lastly, the PCL's have been trained on the OCC Lessons Learned from this MPOG Incident.

#### 7.1.9 OCC Recorded Phone Lines

Third Coast reported that they have installed recorded telephone lines for all communications into and out of the OCC, after the review of the Incident Root Cause Analysis (RCA).

This is an improvement to the existing OCC procedures as it holds the PCL accountable for the communications that they receive and deliver to supervision and other important departments, like technical support. This provides for an audit trail to be followed in future investigations.

It is also important for the MPOG Pipeline system because there are many verbal communications by the PCL and data sharing between the inlet and outlet locations, where Third Coast may not have visibility on those interconnecting pipeline systems or platforms to see those operations, flows, pressures, etc.

#### 7.1.10 Authorization and Obligation to Shut Down

While Third Coast has always had a formal and communicated procedure that authorizes the PCL on duty in the OCC to shut down its pipeline systems, following the Incident, Third Coast again emphasized to all employees this authorization and obligation of the PCL to complete the shutdown under certain circumstances.

In the pipeline industry, this authorization to shut down a pipeline when an AOC is observed until it is resolved is typically called a "Stop Work Authority."

Third Coast had this authorization in its procedures but reiterated that it is not only an authorization to stop the pipeline operations but also an obligation of the PCL to do so. The reiteration of and emphasis on existing procedures reinforces Third Coast's commitment that there will be no disciplinary actions against any PCL who shuts down the pipeline while investigating an AOC.

## 7.2 Pipeline Integrity Improvements

### 7.2.1 Completed Improvements

Third Coast has created and filled the Integrity-specific position who is dedicated to adding and updating data and running the risk model annually.

Annual Cathodic Protection Inspections at MP 69 & MP 225 are conducted.

Topside Inspection NDT Surveys are conducted on Riser at MP 69 & MP 225 and meet maximum allowable operating pressure (MAOP).

A robust and unconventional offshore spill modeling program has been implemented to identify specific types of HCAs. This is a large improvement over the assumption that offshore pipelines impact all HCAs and assists in emergency drilling and response to protect specific HCAs, like drinking water, sensitive ecological areas, or navigable waterways. The conventional on shore spill models have been followed for specific offshore factors similar to the onshore spill modeling analysis that consider terrain, waterways, pipeline elevation, release spread, among other data points.

Third Coast transitioned to a new third-party risk modeling company, New Century,[81] from Dynamic Risk,[82] and generated 2024 risk model results using the new software, PODS database,[83] to update the Baseline Assessment Plan (BAP) accordingly.

Third Coast updated its Integrity Management Plan for Hazardous Liquids pipelines, based upon these improvements.

### 7.2.2 Planned Improvements

Ongoing updates to the PODS database and New Century risk model are planned to improve sub-segment pipeline analysis. Specific additional post-incident integrity activities are ongoing as a part of the integration of the root cause analysis investigations feeding the integrity review and preventative and mitigative (P&M) measures for each pipeline segment. A third-party gap analysis review has been planned for an annual review of its Integrity Management Program by RCP[84], which began in 2024 and is ongoing. New Century implementation slide deck itemizes all the changes implemented for Third Coast, specifically to make it better applicable to Offshore Pipelines. Categorical Results for each IMP Segment or System has documented the relative risk level of each IMP subsegment to prioritize the assessments, P&M measures, and other integrity management activities.

---

[81] https://www.newcenturysoftware.com/products/spatial-risk-analyst/.

[82] https://dynamicrisk.net/.

[83] https://pods.org/.

[84] https://rcp.com/who-we-are/about-us/ (last accessed May 12, 2025).

The early improvements made to Third Coast's Integrity Management Program were appropriate to take action on the early lessons learned. The ongoing and planned future improvements, demonstrate its commitment to continue to take action on new information, new risk data, and new programmatic recommendations from gap analysis reviews.

In-Line Inspection to include Inertial Measurement Unit (IMU) for Movement and is part of the pipeline Integrity Management Program, Third Coast will develop an enhanced process for assessing pipeline integrity that includes:

- The application of IMU ILI data collection to assess pipeline displacement, and
- Any relevant information gathered from other ILI tool runs (e.g., mechanical damage such as dents, ovality, buckling, etc.).

A formalized practice that includes the following will be developed to ensure effective implementation:

- A risk-based frequency for application of each of the integrity assessment techniques that considers the pipeline in general and mechanical connections; and
- Acceptance criteria for pipeline displacement and mechanical anomalies.

Appropriate preventative and mitigation actions for conditions discovered by the integrity assessments will be taken.

## 7.3 Inspection and Leak Testing of Subsea Pipeline Connectors (Maintenance / Asset Integrity Procedures)

### 7.3.1 Third Coast Maintenance Procedures

Third Coast undertook an internal review of its existing Maintenance and Asset Integrity procedures and training. As a result, and in preparation for meetings with the NTSB, Third Coast identified improvements in its procedures and training, many of which have been completed or are in the process of being implemented.

Third Coast reviewed the root cause of the failure of the CGF connector at MP 69. While this review is still being conducted and the investigation is not closed, Third Coast has identified the need to create a catalog of specialized fittings and connectors in its system.

The catalog will include the locations of the fittings and connectors to be documented in drawings and maps, as well as the fitting and connector data and specifications.

A preventative and predictive maintenance (PPM) program will be developed for each type of fitting and connector, after an engineering review of the appropriate service applications, installations, expected life, and required inspection activities. The frequencies

of the PPM activities have been determined to be every three years, after an engineering review to prevent these fittings from premature failure due to fatigue, seabed movement, and other risk factors. Work orders will be created to track and document the inspections and seal tests.

Third Coast calls this activity to review the fittings and connectors to determine the PPM program a Risk-Based Inspection (RBI). It plans to document it in its preventative and mitigative activities in its Integrity Management Program. The initial inspection frequency was set to every three years, pending a review of the first round of as-found findings and analysis. This will be used with the RBI to reset the next inspection interval.

#### 7.3.2 Offshore Operator Committee Mechanical Connector Guidance

The Offshore Operators Committee (OOC) is a U.S.-based industry trade group composed of oil and gas companies involved in offshore exploration, production, and pipeline operations, primarily in the Gulf of America. The OOC provides a collaborative platform for member companies to engage with regulatory agencies, develop best practices, and promote safety, environmental protection, and operational efficiency. Third Coast participates in this committee, and the committee's stated purpose is to:

> "The Offshore Operators Committee (OOC) is a non-profit organization that plays a crucial role in representing various forms of offshore energy… across all Outer Continental Shelf (OCS) regions. As a hub for industry collaboration, the OOC brings together diverse stakeholders to enhance operational safety, efficiency, and environmental stewardship… Additionally, the OOC … focuses on advancing offshore technology and innovations to improve industry standards and practices."[85]

BSEE has requested that the OOC review offshore mechanical connectors, such as the OSI CGF connector, and develop formal guidance to support BSEE permit approval considerations and provide a framework for industry adoption.

The drafted objective of this guidance document, as drafted, includes:

> "There have been multiple decades of use of mechanical pipeline connectors (grip and seal) with very limited issues. These connectors are designed to existing industry standards and involve design that exceeds the structural strength of the base pipeline pipe. The use of existing industry design standards should support use of these connectors for 20-years or more given proper design, fabrication, installation, use, inspection and maintenance. Emergency repair of pipeline systems using these connectors also generates a desire for them to remain in service for

[85] https://www.theooc.org/about (last accessed May 12, 2025).

> a period of time consistent with the pipeline systems they are deployed on.
>
> A recent pipeline incident raised awareness and attention from BSEE, which permits the use of these connectors. This guidance document seeks to provide a consistent approach industry can take to facilitate efficient review and approval of permits for use of these connector types in most applications. The intent of this guidance document is not to apply to jumper hubs and connectors. The intent of this guidance document is not to hold up or create new requirements for emergency repairs."[86]

The guidance document plans to include the following chapters:

- Mechanical Pipeline Connector Design,
- Independent Third-Party Review,
- Site-Specific Assessment by Operator, including Loading and Geotechnical Considerations,
- Minimal Installation Related Information,
- Inspection and Remediation Plan, and
- Mechanical Pipeline connector Data.

Third Coast participated in this committee effort to provide input on the draft guidance based on its knowledge of connectors and lessons learned. This draft was issued on February 28, 2025, and has been circulated for board approval ballot on March 3, 2025. It is expected to be finalized and issued by the end of 2025.[87]

## 7.4 Third Coast to Begin a PSMS (API RP 1173)

### 7.4.1 Implementation of PSMS (Pipeline Safety Management System) Following API 1173

In 2015, the American Petroleum Institute (API) published Recommended Practice 1173 (API RP 1173), which establishes a Pipeline Safety Management System (PSMS) framework for organizations that operate hazardous liquid and gas pipelines governed by PHMSA.

---

[86] https://www.theooc.org/_files/ugd/0e0e17_4d9235d4f93c42beb05068a9988b147c.pdf (last accessed May 12, 2025), p.3.

[87] https://www.theooc.org/_files/ugd/0e0e17_4d9235d4f93c42beb05068a9988b147c.pdf (last accessed May 12, 2025), p.1.

Third Coast has determined that, in support of continuous improvement, a Pipeline Safety Management System (PSMS) should be fully implemented in alignment with API Recommended Practice 1173. As a first step, a comprehensive gap analysis was conducted to evaluate existing programs against the RP's framework. Because Third Coast is already fully compliant with Bureau of Safety and Environmental Enforcement (BSEE) Safety and Environmental Management Systems (SEMS) requirements and 49 CFR 195 requirements, most of the foundational elements are already in place. Based on the results, Third Coast is now in the process of implementing a stand-alone PSMS, with full deployment targeted for the third quarter of 2025.

## 8. CONCLUSION

Third Coast wants to thank NTSB and its investigators for their time and effort in this investigation. Third Coast further appreciates the work of PHMSA, BSEE, USCG, USFWS, and Forefront Emergency Management for the response and their investigation. While Third Coast regrets that this release occurred, the Company has taken the opportunity to learn from the Incident. It continues to support the OOC efforts for connector guidance to the offshore pipeline industry. It is committed to sharing those lessons with other operators to help prevent similar events in the future.

# APPENDIX A:

## MPOG Pipeline History

# 1. PIPELINE HISTORY

## 1.1 MPOG Pipeline System History

**Figure A-1** below shows the chronology of the construction, commissioning, and ownership history of the MPOG Pipeline system and connected lateral production lines.

Figure A-1 – Chronology of MPOG Pipeline System[1]




## 1.2 Installation Summary

### 1.2.1 General

The MPOG trunkline is an 18-inch and 20-inch outer diameter (OD) pipeline originating in Main Pass Block 225 in federal water and terminating at Main Pass 69 "A" Facility in state waters. The MPOG trunkline has the MMS/BSEE Segment Number 11015.

The trunkline originates at the pipeline manifold on the Main Pass 225A Production Platform and crude oil is sent via the 18-inch pipeline from Main Pass Block 225 in

[1] MPOG-019925.

approximately 255 feet water depth, continues through a 20-inch pipeline in Main Pass Block 69, and then terminates at the Main Pass Terminal 69, located in water depth of approximately 10 feet.

Five branch lines are directly connected to the main 18-inch/20-inch trunkline via a subsea tie-in (SSTI).[2] **Table A-1**below summarizes these tie-ins.

Table A-1 – MPOG System Trunkline and Branch Lines

| # | Branch Line | MMS Segment Number | From | Trunkline Subsea Tie-In (SSTI) Location | Branch Line Owned by Third Coast |
|---|---|---|---|---|---|
| 1 | 6” Arena Offshore | 19371 | MP 123A | MP 144 | No |
| 2 | 6” Cantium | 19899 | MP144 A | MP 144 | No |
| 3 | 4” Walter Oil & Gas | 19762 | MP 270 B | MP 273 | No |
| 4 | 18” Panther (fed by Anadarko 12” pipeline from Horn Mountain) | 20793 | MP 289 | MP 268 | Yes<br>(Panther section only) |
| 5 | 10” Panther<br>(fed by 8” Panther pipeline from VK 823 A) | 11928 | MP 281 A | MP 245 | Yes |

The MPOG trunkline crosses or is crossed by twenty-five pipelines that are owned and operated by other parties.[3]

[2] Third Coast Drawing MPOG-MP225-69-PL-0001 Revision B.

[3] MPOG Drawing 2023.1907_MPOG dated April 04, 2024.

The design of the Main Pass Oil Gathering System was carried out in accordance with Federal Regulations, Department of Transportation 49 CFR 195 and Mineral Management Services 30 CFR 250, Subpart J.

The MPOG Pipeline was initially buried 3 feet in less than 200 feet of water depth, including a portion with 10 feet of cover in the shipping fairway between Main Pass Blocks 147 and 73. However, the overburden was not considered for buoyancy calculations due to inconsistent cover resulting from natural soil disturbances (mudslides, hurricanes, tidal forces, etc.) and it is a more conservative approach for the buoyancy calculations.[4]

### 1.2.2 Design Export Parameters

The properties of the black oil transported in the MPOG trunkline are presented in **Table A-2** below.

Table A-2 – Design Export Oil (Black Oil) Physical Properties[5]

| Parameter | Value |
|---|---|
| API Gravity (°API) | 37-43 |
| Density | 0.81 SG (50.6 pcf – Based on API 43° oil) |
| $H_2S$ Concentration | Sweet Crude |
| Maximum Pipeline Temperature (°F) | 60 |

The system design capacity for the MPOG trunkline is 175 MBOPD. Initially, the designed MAOP for the 18-inch section was 2,220 psi and 2,160 psi for the 20-inch section. However, the lowest MAOP within the MPOG system mandates the MAOP to be 1,950 psig.[6]

**Table A-3** below shows the key design characteristics and external coating properties of the original pipeline.

[4] MPOG-UC-004546, p. MPOG-UC-004549.

[5] MPOG_DFI_Rev_B_Historical Information Table 4-1.

[6] MPOG_DFI_Rev_B_Historical Information Tables 4-2 and 4-4.

Table A-3 – Key Design Characteristics and External Coatings

| **Description** | **Units** | **18-Inch Pipeline (Original Section)** | **18 / 20-Inch Pipeline Tie-In Reducer** | **20-Inch Pipeline** |
|---|---|---|---|---|
| Nominal Outside Diameter | In | 18 | 18 x 20 | 20 |
| Wall Thickness | In | 0.375[1]<br>0.562[1]<br>0.500[1] | 0.562 x 0.562 | 0.500 |
| Material Grade | - | API 5L X65 ERW (0.375" pipe)<br>API 5L X65 DSAW (0.562" pipe)<br>API 5L X65 ERW (0.500" pipe) | Y 65 | API 5L X65 |
| External Coating | - | 12-14 mils FBE at all stations plus<br>1" Thick 140 lb Concrete at:<br>STA 0 +00 to 6 +30<br>STA 2275 +65 to 3255 +23 | 18 mils FBE | 18 mils FBE |
| Cathodic Protection | - | 180 pound Galvalum III or equivalent aluminum based alloy | - | 172 pound Al-Zn-In alloy |

Note [1] The majority of the 18-inch pipe has a 0.375-inch wall thickness. The 0.562-inch thick pipe is located from STA 0+00 to STA 6+30, STA 1285+71 to 1286+08, and STA 3157+41 to 3255+17). The 0.500-inch thick pipe is installed from STA 3255+17 to 3255+23 located at the tie-in to the 20-inch pipe.

The original pipeline was hydrostatically tested at 2,716 psig in 1996 and went into operation shortly thereafter.

## 1.3 Pipeline Damage, Remediation, and Repair Summary

The MPOG Pipeline has been in operation since 1996, and the system has been extended and modified throughout its life. During its operation, it also needed repairs and remediation, predominantly due to extreme weather events and geotechnical stability issues. Such repair and remediation issues are discussed in this section.

### 1.3.1 Hurricane Ivan (2004)

On September 16, 2004, Hurricane Ivan (Category 3) created 20 feet waves and 12 feet storm surge in Louisiana State Waters east of Venice. Details regarding damage caused to the MPOG trunkline as a result of the hurricane is provided below.[7]

#### 1.3.1.1 Main Pass Block 69

There was a leak in the 18-inch pipeline at the 18-inch Shell Na Kika oil pipeline crossing at Main Pass Block 69.

The leak was discovered on September 24, 2004, when divers exposed the pipelines at the crossing and found that the concrete mats originally installed for cover and separation were gone, and the Na Kika pipeline was resting directly on the MPOG pipeline.

The concrete coating on both pipelines was damaged at the interface, and the leak source was located in the same vicinity. Temporary repair clamps were installed on both pipelines on October 2, 2004.

The damaged pipe was permanently repaired with a new spool-piece along with associated crossing supports in November 2004. The final repaired configuration is shown below in **Figure A-2**.

[7] MPOG-PHMSA-000315 to MPOG-PHMSA-000434.

Figure A-2 - 2004 Repair of MPOG 18" Pipeline[8]




The area detailed in the red box, and its associated collet grip connector, is the area repaired as a part of the 2023 incident.

#### 1.3.1.2 Main Pass Block 72/73

Between MP 72 to MP 73, a localized mudslide caused the pipeline to be displaced 250 feet to the south of its original position, affecting a pipeline length of approximately 0.8 mile.

#### 1.3.1.3 Main Pass Block 142/245

The mudslides caused by Hurricane Ivan displaced the 18-inch pipeline and caused it to move from its right of way. Approximately a 30-mile length of the pipeline was moved out of its right of way and displaced by approximately 1900 feet from its original position.

In MP 144, the displaced pipeline came to rest on one of the jacket legs of the Chevron Main Pass Block 144A platform. Initial remediation activities included moving the pipeline away from the MP 144A platform, reinstating damaged foreign line crossings, and performing a short-duration leak test to confirm the pipeline's integrity. This work was completed in November 2004.

Final remediation of the pipeline included removing one thousand feet of the pipeline that was displaced near Chevron's MP 144A platform, and 7,125.58 feet was rerouted and re-laid. In addition, 5,644.33 feet of the pipeline was abandoned in place. This work was performed between November 2005 and April 2006.

[8] MPOG-013277 to MPOG-013820, p. 486 of 544.

#### 1.3.1.4 Foreign Line Crossing

A listing of the crossings that were reinstated as a result of movement caused by Hurricane Ivan is provided below:

- MP 72 SNG 18" Crossing (Moved to MP 73)
- MP 142 SNG 26" Crossing
- MP 143 Freeport 36" (Proposed Crossing)
- MP 144 Samedan 12" Crossing
- MP 144 SNG 12" Crossing
- MP 144 Chevron 6" Crossing
- MP 244 El Paso 4" Crossing
- MP 244 El Paso 6" Crossing
- MP 265 Apache 4" Crossing

### 1.3.2 Conclusion

As detailed above, the equipment that was installed in the 2004 MP 69 repair is also the equipment that is associated with this 2023 incident.

### 1.3.3 Hurricane Katrina (2005)

On August 29, 2005, Hurricane Katrina caused the displacement of pipeline from MP 73 to MP 144. Details regarding damage caused by the hurricane is provided below.

#### 1.3.3.1 MP 72 to MP 73

The pipelines in MP 72 and MP 73 experienced displacement to the south of approximately 50 feet due to mudflow. The length of the pipeline that was displaced was estimated at 2158 feet.

Preliminary survey reports for MP 72 and MP 73 indicated three pipeline spans due to the localized mudslides. Engineering analysis of these spans was completed, resulting in divers installing stabilized sandbags to reduce the length of the two longer freespans.

In MP 73, the pipeline's crossing of Sonat's 18-inch pipeline indicated displacement in the preliminary survey report. The displacement was due to a localized mudslide, and the

movement was 30 feet to the South. Stabilized sandbags were installed between the two pipelines, and the crossing remediation was completed during the initial hurricane response.

##### 1.3.3.2 MP 142 to MP 144

The pipeline MP 142 to MP 144 experienced displacement to the south, 450 feet for a length of 5.6 miles. A preliminary assessment of the displaced 5.6-mile pipeline segment in MP 142 and MP 143 was conducted.

MP 142 pipeline movement caused the displacement of the 26-inch SNG pipeline crossing. This crossing was inspected and remediated during the initial diving inspection. Stabilized sandbags were used to maintain the separation between the two pipelines.

##### 1.3.3.3 MP 273 to MP 268

The pipeline experienced displacement for a maximum distance out of the ROW of 260 feet along a distance of 4.7miles. An evaluation of the pipeline displacement was completed.

Movement of the pipeline caused a future pipeline subsea tie-in assembly SSTI in MP 268 to move. During the post-Katrina diving inspection and repair in 2005, divers inspected the SSTI and found no visible damage. Divers also installed stabilized sandbags to provide 3 feet of cover over the SSTI.

##### 1.3.3.4 Conclusion

As can be seen above, none of the associated remediation events were associated with the MP 69 area associated with this incident.

#### 1.3.4 Hurricanes Gustav & Ike (2008)

Hurricanes Gustav (August 2008) and Ike (September 2008) passed through the Gulf of America. Details regarding damage caused to as a result of the hurricanes is provided below.

##### 1.3.4.1 MP 69

In MP 69, a small area of the 18-inch pipeline was found exposed at the Chevron 4-inch pipeline crossing.

##### 1.3.4.2 MP 142 to MP 143

In MP 142 to MP 143, the pipeline experienced a displacement of around 51 feet as a result of the hurricanes.

#### 1.3.4.3 MP 268 to MP 273

In MP 268 to MP 273, the pipeline experienced a displacement of around 237 feet as a result of the hurricanes. This resulted in the movement of some stabilization sandbags and some pipeline spans around a future 18-inch Subsea Tie In Flange (SSTI).

#### 1.3.4.4 Conclusion

Following the survey, rectification plans were put in place to rectify the stabilization bags that had moved to correct pipeline spans. This rectification was planned to occur before June 2009. In addition, an engineering analysis was conducted to determine if such a displacement of 200 feet in MP 268 to MP 273 posed any threat to pipeline strain. This study concluded that the pipeline strain was acceptable and no remediation was necessary.[9]

### 1.3.5 Hurricane Isaac (2012)

Hurricanes Isaac passed through the Gulf of America in late August of 2012. Following the hurricane, a survey was carried out in November 2012 to identify if there had been any significant movement or integrity threats to the pipeline.

The survey found that the pipeline position and integrity was unaffected by the hurricane with only a minor issue of a displaced protective mat at one crossing.

### 1.3.6 Hurricane Nate (2017)

Hurricane Nate passed through the Gulf on October 7, 2017. In early 2018 a post hurricane survey was conducted and determined that no damage was found due to the Hurricane.

### 1.3.7 Hurricanes Sally (2020)

Hurricane Sally passed through the Gulf on September 16, 2020. Post-hurricane surveys were conducted in December 2020, and the initial completion of these surveys has indicated that no damage was done to the pipeline.[10]

### 1.3.8 Construction Incident (2022)

In June 2022, a discharge occurred when a 120-foot-long by 8-inch bypass line separated from Pipeline Segment Number (PSN) 11015 in MP 268. This incident, associated with the construction of an addition to the MPOG system, resulted in an estimated release of

[9] Post Hurricane Gustav and Ike_2008 Integrity Report.

[10] Hurricane Sally_2020.

approximately 90.47 barrels of crude oil[11] and was remediated within days of the event occurring with no additional system impact.

## 1.4 Post Hurricane Underwater Surveys and Engineering Integrity Assessments

Following multiple hurricanes and the resulting post-hurricane Notice to Lessees (NTL) directives from BSEE, comprehensive assessments were conducted to evaluate MPOG system integrity. These efforts included underwater surveys, engineering integrity assessments, and remediation measures to ensure safe and continuous operations.

Underwater survey data was collected by Fugro Geoservices (Fugro),[12] while engineering integrity assessments were carried out by INTEC.[13]

### 1.4.1 Post Hurricane Surveys

BP Pipelines North America (BP), the previous MPOG operator, contracted Fugro to perform underwater surveys after Hurricane Ivan in September 2004 and Hurricane Katrina in August 2005.[14]

On November 8, 2004, following Hurricane Ivan, Fugro wrote a pipeline investigation survey report for MPOG from MP 80 to MP 225, identifying pipeline movement between MP 72 to MP 73 and MP 142 to MP 144 and changes to several pipeline crossings from the as-built position.[15]

On November 4, 2005, following Hurricane Katrina, Fugro published another pipeline investigation survey report on MPOG from MP 69 to MP 225, from MP 142 to MP 144, and from MP 267 to MP 269. This report noted pipeline movement from as the as built or previous known position between MP 72 to MP 73. It also noted several pipeline exposures and unsupported pipeline spans with their coordinates referenced.[16]

Between September 29 to 30, 2008, Fugro wrote another pipeline investigation survey report on MPOG from MP 80 to MP 225, following Hurricanes Gustov and Ike.

[11] 68237 - NTSB Pipeline Operations_Integrity_Management_Report.

[12] Fugro is a leading geotechnical consulting firm specializing in data collection and advanced analysis to solve complex engineering challenges. https://www.fugro.com/expertise (last accessed May 12, 2025).

[13] INTEC is an engineering firm that was incorporated in Texas since 1992 that specializes in geotechnical and finite element analysis. https://intec-corporation.com/ (last accessed May 12, 2025).

[14] Underwater surveys typically included the application of complex geospatial and sonar mapping technologies to determine pipeline location and seabed conditions (seafloor bathymetry).

[15] Fugro Report, dated November 8, 2004.

[16] Fugro Report, dated November 4, 2005.

### 1.4.2 Engineering Integrity Assessments

BP contracted INTEC to perform detailed engineering integrity assessments after major hurricane events in 2004, 2005, and 2008. The information collected by Furgo from the underwater surveys was the primary data source for the engineering integrity assessments.

INTEC produced three reports analyzing the pipeline's integrity following major hurricanes. These reports focused on evaluating pipeline displacement and mechanical strain levels relative to tensile strain capacity limits.[17] The purpose was to determine the pipeline's condition and provide guidance on safe operating pressures.

**Table A-4** includes a summary of the INTEC reports with issue dates.

Table A-4 – INTEC Report Summary

| Issue Date | Doc. No. | Title / Subject |
|---|---|---|
| Sept. 28, 2005 | N/A | MPOG Oil Gathering System Displaced Pipeline Project (Post Hurricane Katrina) |
| Jan. 15, 2007 | 11179303-021-TRP-001 | MPOG Global Pipeline Stability and Integrity Assessment in Blocks MP 142 to MP 225. *(refers to Hurricanes Ivan and Katrina)* |
| Oct. 3, 2008 | 11179303\OUT\0119 | Preliminary Strain Assessment of the Displaced MPOG Pipeline Segment between Blocks MP 268 and MP 273 following Hurricanes Gustav and Ike |

INTEC performed a "Preliminary Integrity Assessment (post Hurricane Katrina)" on a displaced 4.5-mile section of the MPOG pipeline in blocks MP 142 and MP 143, published September 28, 2005 (note that the version provided is marked as "First Draft").[18] The 2005 assessment noted that previous work determined that the allowable strain at the location being assessed was 0.82%.[19] The INTEC assessment concluded that most of the pipeline had

[17] Tensile strain capacity is a critical parameter for subsea pipelines, especially those subjected to high external pressures and dynamic loading conditions. The tensile strain capacity is influenced by several factors, including the material properties, wall thickness, and the specific loading conditions.

[18] MPOG Oil Gathering System Displaced Pipeline Project (Post Hurricane Katrina), September 28, 2005, p. 2.

[19] MPOG Oil Gathering System Displaced Pipeline Project (Post Hurricane Katrina), September 28, 2005, pp. 2-3.

low strain levels and that none exceeded the allowable limit.[20] The 2005 INTEC assessment recommended additional analysis to confirm the global integrity of the MPOG pipeline.[21]

In 2007, BP again engaged INTEC to perform a "Global Pipeline Stability and Integrity Assessment in Blocks 143 to 225" on 45-mile-long section of the MPOG pipeline. INTEC performed a comprehensive assessment that used underwater survey data that showed pipeline conditions post Ivan and Katrina Hurricanes.[22]

The "Global Pipeline Stability and Integrity Assessment in Blocks 143 to 225" report on the 45-mile-long section within these blocks also states that pipeline displacement was observed at blocks MP 72 and MP 73. The associated analysis for this was covered by two separate referenced reports, namely INTEC, "Main Pass Oil Gathering System - Pipeline Stability and Integrity Assessment in Blocks MP 72 and MP 73"; Doc. No. 11179303-015-TRP-001, Rev. 0; 13 June, 2007 & INTEC Engineering; "Main Pass Oil Gathering System - MP 72 and MP 73 Remediation Option Review"; Doc. No. 11179303-011-TRP-001, Rev. 0; 10 May, 2007.

The 2007 INTEC assessment did not identify any pipeline locations that were over tensile strain capacity limits but did include recommendations for additional monitoring, inspection, and development of a response plan.[23]

In 2008, and after Hurricane Gustav in August/September 2008 and Ike in September 2008, BP engaged INTEC again to produce a Technical Memorandum that covered "Preliminary Strain Assessment of the Displaced MPOG Pipeline Segment between Blocks MP 268 and MP 273 following Hurricanes Gustav and Ike."[24]

INTEC concluded its technical memorandum summarizing:

> "The maximum bending strain is 0.14% and the maximum longitudinal strain (including the axial tension) is 0.22%. These are all less than the lowest allowable pipeline strain of 0.5% [Ref. 4]."
>
> and

[20] MPOG Oil Gathering System Displaced Pipeline Project (Post Hurricane Katrina), September 28, 2005, pp. 2-3.

[21] MPOG Oil Gathering System Displaced Pipeline Project (Post Hurricane Katrina), September 28, 2005, p. 3.

[22] MPOG Global Pipeline Stability and Integrity Assessment in Blocks MP 142 to MP 225, January 15, 2007.

[23] MPOG Global Pipeline Stability and Integrity Assessment in Blocks MP 142 to MP 225, January 15, 2007, pp. 1-11.

[24] Preliminary Strain Assessment of the Displaced MPOG Pipeline Segment between Blocks MP 268 and MP 273 following Hurricanes Gustav and Ike, October 3, 2008.

> "The MPOG pipeline integrity has not been compromised by this recent movement and the pipeline is safe to operate the line at or below its maximum allowable operating pressure of 1950 psi."[25]

In summary, all three reports confirm that bending and axial strains resulting from the major hurricanes remained within allowable pipeline strain limits, ensuring that pipeline integrity was not compromised.

[25] Preliminary Strain Assessment of the Displaced MPOG Pipeline Segment between Blocks MP 268 and MP 273 following Hurricanes Gustav and Ike, October 3, 2008, Intec Technical Memorandum, dated October 3, 2008, p. 4.

# APPENDIX B:

## Geotechnical Analysis

On November 15, 2023, a storm approached the pipeline with waves essentially perpendicular to the pipeline at the CGF connector location. An analysis of weather data[1] from that day clearly shows significant wave heights increasing in that region, indicating increasingly more severe sea states during the day. **Figure B-1** shows three snapshots at 00:00, 09:00, and 18:00, with the highest waves occurring around 18:00. **Figure B-2** shows how the wave heights decrease in the following days after the storm. The direction of the waves at the CGF connector location is shown as an arrow while the arrow color indicates the spectral peak period. These arrow colors show that as the day progresses, the peak period gets longer.

The increase in severity of the sea states at that location is also quantified in **Figure B-3**, which shows the significant wave height reaching 8.34 feet at 21:00, whereas the peak spectral period reaches 9.16 seconds at that time. This corresponds to a maximum wave height of 15.5 feet and a wavelength of 291 feet as plotted in **Figure B-4.**

As explained in Nodine et al. (2007),[2] large storm waves can cause significant increases and decreases in the pressure on the ocean floor, particularly in waters as shallow as approximately 38 feet. As the soil in that region tends to be very soft, these pressure variations can lead to mudslides even on very flat slopes.

The same report provides a methodology and a program that can be used to analyze the mudslide vulnerability of a submarine site. In addition to wave height and wavelength, the inputs to the program are sea bottom slope angle, water depth, submerged soil weight, and soil shear strength profile.

---

[1] E.U. Copernicus Marine Service Information "Global Ocean Waves Analysis and Forecast" DOI 10.48670/moi-00017
https://data.marine.copernicus.eu/product/GLOBAL_ANALYSISFORECAST_WAV_001_027/description.

[2] Nodine, M.C., Cheon, J.Y., Wright, S.G., Gilbert, R.B. and Ward, E.G., 2007. *Mudslides during Hurricane Ivan and an assessment of the potential for future mudslides in the Gulf of Mexico*. Phase II Project Report. MMS Project No. 552. College Station, TX: Offshore Technology Research Center, The University of Texas at Austin. Prepared for the U.S. Minerals Management Service under Cooperative Research Agreement 1435-01-04-CA-35515. https://www.bsee.gov/research-record/tap-552-mudslides-during-hurricane-ivan-and-assessment-potential-future-mudslides.

Figure B-1 – Sea states in the region on November 15, 2023



Figure B-2 – Sea states in the region on November 16-18, 2023



Figure B-3 – Sea states at the CGF connector location on November 15, 2023




Figure B-4 – Wave height and length at the CGF connector location on November 15, 2023



According to as-built alignment sheets, partially shown in **Figure B-5**, the water depth is approximately 38 feet at that location and the slope can be estimated from the same drawings as at least approximately 0.1 degree at the CGF connector location.

Figure B-5 – Water depth and slope angle at the CGF connector location, approximately highlighted with a green box[3]




[3] As-Built Alignment Sheets 18"/20" M.O.P.G. Pipeline, A4118-00-051307-0401, sheet 14 OF 15.

Soil data from that region confirms the expectation of being very soft. A core log obtained approximately 1,500 feet from the CGF connector location indicates "very soft, olive gray silty clay," with shear strength of 20 to 30 pounds per square foot and submerged weight of approximately 26 pounds per cubic foot.

Figure B-6 – Soil data approximately 1,500 feet from the CGF connector location[4]




[4] Fugro, Archeological, Engineering, and Hazard Study, Proposed 18-Inch Oil Pipeline Route Block 225 to Block 69, Main Pass Area for Centana Gathering Company Houston, Texas, dated April 1996, Volume I – Interpretative Report.

Using these inputs, the factor of safety against mud slide vulnerability can be calculated using the program developed by Nodine et al. (2007). **Figure B-7** shows the inputs in blue. In addition to the quantities already described, the user is required to provide trial heights for the potential slip circle associated with a mud slide ensuring that the range of trial heights covers the minimum factor of safety. The user then inputs the trial height associated with the minimum factor of safety into the "Critical Height" cell.

For example, using data from November 15, 2023, at 00:00, the user checks that the trial height 60 feet corresponds to the minimum factor of safety and inputs that value in the "Critical Height" cell (see arrow in the figure). The program calculates a minimum factor of safety of 1.26 for the wave conditions at 00:00 (wave height of 10.0 feet and wavelength of 219.5 feet) as seen in **Figure B-7**. A factor of safety above 1 indicates that a mud slide is not expected at these conditions.

Figure B-7 – Factor of Safety for mud slide at the CGF connector location on November 15, 2023 at 00:00

**Spreadsheet Program for Limit Equilibrium Method**

Mary C. Nodine, University of Texas at Austin

User provides input in cells highlighted BLUE.

| Slope Angle (rad) | Water Depth (ft) | Wavelength (ft) | Wave Height (ft) | Submerged Soil Unit Wt. (pcf) | Water Unit Wt. (pcf) | Maximum Wave Pressure (psf) |
|---|---|---|---|---|---|---|
| β | d | L | H | $\gamma'_s$ | $\gamma_w$ | $p_{max}$ |
| 0.0017 | 38 | 219.5 | 10.0 | 26.2 | 64 | 192.78 |

| Minimum Factor of Safety = |
|---|
| 1.26 |

| Trial Heights, h (ft) | Corresponding Factors of Safety |
|---|---|
| 0 | 2.324 |
| 5 | 1.929 |
| 10 | 1.661 |
| 15 | 1.512 |
| 20 | 1.421 |
| 25 | 1.363 |
| 30 | 1.324 |
| 35 | 1.299 |
| 40 | 1.282 |
| 45 | 1.271 |
| 50 | 1.265 |
| 55 | 1.262 |
| 60 | 1.262 |
| 65 | 1.264 |
| 70 | 1.268 |
| 75 | 1.273 |
| 80 | 1.280 |
| 85 | 1.288 |
| 90 | 1.296 |
| 95 | 1.306 |
| 100 | 1.317 |
| 105 | 1.328 |
| 110 | 1.340 |
| 115 | 1.353 |

Shear Strength Profile

| Critical Height, h (ft) | Depth (ft) | Shear Strength (psf) | Radius of circle, r (ft) | Factor of Safety, F |
|---|---|---|---|---|
| 60 | 0 | 20 | | |
| | 5 | 35 | 65 | 1.82 |
| | 10 | 50 | 70 | 1.35 |
| | 15 | 65 | 75 | 1.26 |
| | 20 | 80 | 80 | 1.27 |
| | 25 | 95 | 85 | 1.33 |
| | 30 | 110 | 90 | 1.42 |
| | 35 | 125 | 95 | 1.54 |
| | 40 | 140 | 100 | 1.70 |
| | 45 | 155 | 105 | 1.89 |
| | 50 | 170 | 110 | 2.13 |
| | 55 | 185 | 115 | 2.42 |
| | 60 | 200 | 120 | 2.78 |
| | 65 | 215 | 125 | 3.25 |
| | 70 | 230 | 130 | 3.85 |
| | 75 | 245 | 135 | 4.65 |
| | 80 | 260 | 140 | 5.75 |
| | 85 | 275 | 145 | 7.35 |
| | 90 | 290 | 150 | 9.81 |
| | 95 | 305 | 155 | 14.02 |
| | 100 | 320 | 160 | 22.65 |

However, when the wave conditions of November 15, 2023, at 21:00 are used, the program calculates a minimum factor of safety of 0.80, as shown in **Figure B-8**. As the result is below 1, a mud slide is expected to have occurred approximately at that time.

Figure B-8 – Factor of Safety for mud slide at the CGF connector location on November 15, 2023 at 21:00

**Spreadsheet Program for Limit Equilibrium Method**
Mary C. Nodine, University of Texas at Austin

User provides input in cells highlighted BLUE.

| Slope Angle (rad) | Water Depth (ft) | Wavelength (ft) | Wave Height (ft) | Submerged Soil Unit Wt. (pcf) | Water Unit Wt. (pcf) | Maximum Wave Pressure (psf) | Minimum Factor of Safety = |
|---|---|---|---|---|---|---|---|
| $\beta$ | d | L | H | $\gamma'_s$ | $\gamma_w$ | $p_{max}$ | 0.80 |
| 0.0017 | 38 | 290.6 | 15.5 | 26.2 | 64 | 365.89 | |

| Trial Heights, h (ft) | Corresponding Factors of Safety |
|---|---|
| 0 | 1.534 |
| 5 | 1.305 |
| 10 | 1.129 |
| 15 | 1.021 |
| 20 | 0.952 |
| 25 | 0.907 |
| 30 | 0.875 |
| 35 | 0.852 |
| 40 | 0.835 |
| 45 | 0.822 |
| 50 | 0.813 |
| 55 | 0.806 |
| 60 | 0.802 |
| 65 | 0.799 |
| 70 | 0.797 |
| 75 | 0.796 |
| 80 | 0.796 |
| 85 | 0.797 |
| 90 | 0.799 |
| 95 | 0.801 |

| Critical Height, h (ft) |
|---|
| 75 |

Shear Strength Profile

| Depth (ft) | Shear Strength (psf) | Radius of circle, r (ft) | Factor of Safety, F |
|---|---|---|---|
| 0 | 20 | | |
| 5 | 35 | 80 | 1.24 |
| 10 | 50 | 85 | 0.90 |
| 15 | 65 | 90 | 0.81 |
| 20 | 80 | 95 | 0.80 |
| 25 | 95 | 100 | 0.81 |
| 30 | 110 | 105 | 0.84 |
| 35 | 125 | 110 | 0.88 |
| 40 | 140 | 115 | 0.93 |
| 45 | 155 | 120 | 0.99 |
| 50 | 170 | 125 | 1.07 |
| 55 | 185 | 130 | 1.15 |
| 60 | 200 | 135 | 1.25 |
| 65 | 215 | 140 | 1.37 |
| 70 | 230 | 145 | 1.51 |
| 75 | 245 | 150 | 1.66 |
| 80 | 260 | 155 | 1.85 |
| 85 | 275 | 160 | 2.07 |
| 90 | 290 | 165 | 2.34 |
| 95 | 305 | 170 | 2.67 |
| 100 | 320 | 175 | 3.08 |

Numerous mudslides have been previously reported in the Mississippi Delta region, for example by Nodine et al. (2007). In many cases, they have been reported because they moved and/or damaged a pipeline. Notable cases include mudslide occurrences during Hurricanes Ivan and Katrina. However, the above calculations illustrate how lesser storms can also create conditions for mudslides in shallow waters.

Analysis of the sea states on November 15, 2023, indicates potential movement essentially perpendicularly to the pipeline. Although pipelines can typically absorb some limited lateral displacement, increased lateral movement of a pipeline can lead to damage in various forms.

At least three pieces of evidence in the current case indicate significant movement of the pipeline consistently with the displacement caused by a mud slide and/or another event.

First, a comparison between the 2005 and 2024 as-built drawings shows that the pipeline section north of the 18" Na Kika pipeline crossing has been moved horizontally and vertically as observed comparing **Figure B-9** with **Figure B-10**.

Second, as **Figure B-11** shows, the pipe was found to be only 9 inches inserted into the CGF connector while that distance should have been between 24 and 33 inches. This observation corresponds to potential longitudinal movement of approximately 15 to 24 inches, which indicates even larger lateral motions of the pipeline.

Finally, and notably, the pipe was significantly ovalized. **Figure B-12** lists the diameter measurements along the length of the pipeline. Using these measurements, the ovality of the pipe, calculated as $(D_{max}-D_{min})/D_{nom}$ where $D_{nom}$ = 18 inches, is presented in **Figure B-13**. The plot shows a maximum ovality of 1.9% at the end of the pipe which is indicative of a significant bending moment that would have resulted from lateral displacement of the pipeline.

Figure B-9 – 2005 As-built drawing at the crossing with the 18" Na Kika pipeline[5]



[5] As-Built Piping. Crossing of Existing 18" BP/Amoco (MPOG) & 18" Na Kika, BPA-132-2007, Rev. 2, dated March 2005.

Figure B-10 – 2024 As-built drawing at the crossing with the 18” Na Kika pipeline[6]. Green boxes show the section of the pipeline that moved with respect to the 2005 as-built drawing.




[6] Final Pipeline Configuration, 24003-1-G-0004, Rev. 1, dated Mar. 15, 2024.

Figure B-11 – Pipeline longitudinal displacement: the slip collet grips should be between the 24 and 33 marks but were found 9 inches from the end of the pipe[7]




[7] Oil States Industries, Inc., "Inspection Report REP-18IN-CGF-NTSB," November 1, 2024, p. 44, NTSB Docket No. 4.

Figure B-12 – Diameter Measurements in the OSI Report[8]

| States | DOC # REP-18IN-CGF-NTSB | DATE 01-NOV-24 | REV 2 |
|---|---|---|---|
| | TITLE INSPECTION REPORT<br>18IN CLASS 900 COLLET GRIP FLANGE, S/N 2377.01 | | |

The end of the pipe has been dimensionally changed and is no longer round. The end dimensions measured are:

Vertical 12 to 6 = 17.860 inches
Horizontal 3 to 9 = 17.520 inches

The following measurements were taken from the end of the pipe, in 3 inch increments to 60 inches from the end.




| Increment | 12 – 6 measurement | 3 – 9 measurement | Increment | 12 – 6 measurement | 3 – 9 measurement |
|---|---|---|---|---|---|
| 0 | 17.860 | 17.520 | 11 | 17.944 | 17.970 |
| 1 | 17.890 | 17.728 | 12 | 17.945 | 17.975 |
| 2 | 17.942 | 17.897 | 13 | 17.962 | 17.952 |
| 3 | 17.947 | 17.880 | 14 | 17.988 | 17.995 |
| 4 | 17.944 | 17.989 | 15 | 17.999 | 17.983 |
| 5 | 17.954 | 17.963 | 16 | 18.014 | 17.983 |
| 6 | 17.954 | 17.978 | 17 | Measure beyond #16 were not noticeably different i.e. round pipe | |
| 7 | 17.954 | 17.979 | 18 | | |
| 8 | 17.969 | 17.983 | 19 | | |
| 9 | 17.963 | 17.986 | 20 | | |
| 10 | 17.962 | 17.976 | | | |

Page 47 of 136

[8] Oil States Industries, Inc., "Inspection Report REP-18IN-CGF-NTSB," November 1, 2024, p. 47, NTSB Docket No. 4.

Figure B-13 – Ovality of the 18" pipeline. Maximum of 1.9% if found at the end of the pipe




**Figure B-14** illustrates the amount of curvature required to ovalize a pipe to about 1.9% of its diameter. A pipeline made of X-65 steel is expected to behave approximately as presented in this plot. The lower plot shows that for approximately 1.9% ovality and diameter over thickness ratio of 36 (18"/0.5"), the required curvature is over 0.85 $k_1$. With $k_1 = t / D_{nom}^2$ = 0.00154, that corresponds to a radius of curvature of approximately 63.5 feet. The upper plot shows that for this curvature and $D_{nom}/t$=36, a bending moment approximately 1.09 times $M_o$ is required to ovalize the pipe to 1.9%. With $M_o = \sigma_o D_{nom}^2 t$ = 65,000*18²*0.5, that corresponds to more than 950,000 foot-pounds of moment applied to the pipe.

This level of curvature and bending moment may be associated with several feet of lateral displacement of the pipeline. This is consistent with a potential mudslide event.

Figure B-14 – Moment-curvature and ovalization-curvature for steel pipes of various diameter over thickness ratios[9]




In summary, the available data and evidence indicate a storm may have triggered a mudslide that moved the pipeline laterally. This lateral movement was large enough to pull

the pipeline from the CGF connector by approximately 15 to 24 inches as well as to bend the pipeline to a curvature sufficient to ovalize it to 1.9% of its nominal diameter.

[9] Kyriakides, S. and Corona, E., 2007. Mechanics of Offshore Pipelines: Volume 1 – Buckling and Collapse. 1st ed. Amsterdam: Elsevier Science.