**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MAIN PASS OIL GATHERING COMPANY, LLC** | **CIVIL ACTION NO. 2:25-cv-890** |
| **VERSUS** | **JUDGE IVAN L.R. LEMELLE** |
| **SUBSEA 7 MARINE (US) INC.** | **MAGISTRATE JUDGE EVA J. DOSSIER** |

**RULE 37(a)(1) CERTIFICATE OF CONFERENCE**

In accordance with Rule 37(a)(1) of the Federal Rules of Civil Procedure and this Court's procedure, undersigned counsel certifies that the required discovery conference took place as follows:

(1) Arthur Kraatz and Harrison Martin participated on behalf of Subsea 7 Marine (US) Inc. and Stephen Crain, Joshua Windsor, and Haley Bernal participated on behalf of Main Pass Oil Gathering Company, LLC.

(2) The conference took place at 1:30 p.m. on July 16, 2026.

(3) The meet and confer was conducted by videoconferencing technology.

(4) The video conference lasted approximately 1 hour.

(5) At the video conference, the parties discussed each of Main Pass's objections in detail; Main Pass's outstanding privilege log; Main Pass's obligation to "fully answer" each request; Main Pass making a "substantially complete" supplemental document production; and Main Pass's requirement to specifically identify which documents are responsive to each request.

(6) One issue raised on the video conference was resolved. Main Pass requested Subsea 7 to re-produce its prior document productions in native format. Main Pass obliged. No other issues were resolved.



PD.64323854.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: *s/ Harrison M. Martin*
Kevin J. LaVie (Bar #14125)
Arthur R. Kraatz (Bar #35194)
Harrison M. Martin (Bar #39271)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
Email: kevin.lavie@phelps.com
Email: arthur.kraatz@phelps.com
Email: harrison.martin@phelps.com

**ATTORNEYS FOR DEFENDANT SUBSEA 7 MARINE (US) INC.**