**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**MAIN PASS OIL GATHERING COMPANY, LLC**

**VERSUS**

**SUBSEA 7 MARINE (US) INC.**

**CIVIL ACTION NO. 2:25-cv-890**

**JUDGE IVAN L.R. LEMELLE**

**MAGISTRATE JUDGE EVA J. DOSSIER**

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Defendant Subsea 7 Marine (US) Inc. will bring for submission its Motion to Compel before the Honorable Eva J. Dossier, United States Magistrate Judge, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, on Tuesday, October 27, 2026, at 2:00 PM.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: *s/ Harrison M. Martin*

Kevin J. LaVie (Bar #14125)
Arthur R. Kraatz (Bar #35194)
Harrison M. Martin (Bar #39271)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
Email: kevin.lavie@phelps.com
Email: arthur.kraatz@phelps.com
Email: harrison.martin@phelps.com

**ATTORNEYS FOR SUBSEA 7 MARINE (US) INC.**