**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**MAIN PASS OIL GATHERING COMPANY, LLC**

**VERSUS**

**SUBSEA 7 MARINE (US) INC.**

**CIVIL ACTION NO. 2:25-cv-890**

**JUDGE IVAN L.R. LEMELLE**

**MAGISTRATE JUDGE EVA J. DOSSIER**

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Civil Rule 78.1 of the Uniform District Rules, Defendant Subsea 7 Marine (US) Inc. requests that this Court hear oral argument on its Motion to Compel. Subsea 7 respectfully submits that oral argument will assist the Court in resolving the issues raised in its Motion.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: *s/ Harrison M. Martin*

Kevin J. LaVie (Bar #14125)
Arthur R. Kraatz (Bar #35194)
Harrison M. Martin (Bar #39271)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
Email: kevin.lavie@phelps.com
Email: arthur.kraatz@phelps.com
Email: harrison.martin@phelps.com

**ATTORNEYS FOR DEFENDANT SUBSEA 7 MARINE (US) INC.**



PD.64324541.1