**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **MAIN PASS OIL GATHERING COMPANY, LLC** | § | |
| | § | **CIVIL ACTION NO. 25-00890** |
| ***Plaintiff,*** | § | |
| | § | **JUDGE IVAN L.R. LEMELLE** |
| **v.** | § | |
| | § | **MAG. JUDGE EVA J. DOSSIER** |
| **SUBSEA 7 MARINE (US) INC.** | § | |
| | § | |
| ***Defendant.*** | § | |

**DEFENDANT-IN-INTERVENTION MAIN PASS OIL GATHERING COMPANY, LLC'S PARTIAL MOTION TO DISMISS ANADARKO PETROLEUM CORPORATION AND ANADARKO US OFFSHORE LLC'S SECOND SUPPLEMENTAL AND AMENDED COMPLAINT-IN-INTERVENTION**

Defendant-in-Intervention Main Pass Oil Gathering Company, LLC ("MPOG") moves to partially dismiss the claims brought against it by Anadarko Petroleum Corporation and Anadarko US Offshore LLC (collectively, "Anadarko") in Anadarko's Second Supplemental and Amended Complaint-in-Intervention (Dkt. 74) ("Anadarko's Second Supplemental and Amended Complaint") in accordance with Rule 12(b)(6) of the Federal Rules of Civil Procedure. An accompanying Memorandum of Law is filed in support. (Dkt. 82-1).

Dated: October 13, 2026

Respectfully submitted,

**BRACEWELL LLP**

By: */s/ Stephen B. Crain*
Stephen B. Crain
(T.A./pro hac vice)
Texas State Bar No. 04994580
Joshua T. Windsor
(pro hac vice)
Texas State Bar No. 24110541
Haley M. Bernal
(pro hac vice)

Texas State Bar No. 24132533
711 Louisiana Street, Suite 2300
Houston, TX 77002
Tele: (713) 221-1305
Fax: (800) 404-3970
Email: stephen.crain@bracewell.com
Email: joshua.windsor@bracewell.com
Email: haley.bernal@bracewell.com

and

**MILLER HAHN, PLLC**

*/s/ Stephanie D. Skinner*
Stephanie D. Skinner (#21100)
Kent B. Ryan (#18418)
365 Canal St., Ste. 860
New Orleans, LA 70130
Tele: (504) 684-5044
Fax: (866) 578-2230
Email: kryan@millerlaw-firm.com
Email: sskinner@millerlaw-firm.com

**ATTORNEYS FOR MAIN PASS OIL GATHERING COMPANY, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, having enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

*/s/ Stephanie D. Skinner*