UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MAIN PASS OIL GATHERING COMPANY, LLC

VERSUS

SUBSEA 7 MARINE (US) INC.

CIVIL ACTION

NO. 25-890

SECTION "B" (3)

**ORDER SETTING ORAL ARGUMENT**

**IT IS ORDERED** that oral argument on the Defendant's Motion to Compel (R. Doc. 79) will be held on **Tuesday, October 27, 2026, at 2:00 p.m.**, before the undersigned magistrate judge, Courtroom B-305, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana 70130. Please note that a photo ID is required to enter the building. **PLEASE ARRIVE TEN MINUTES BEFORE THE SCHEDULED START TIME.**

New Orleans, Louisiana, this 13th day of October, 2026.

EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE

****The Court strongly encourages argument by junior attorneys, particularly where the junior attorneys drafted or contributed significantly to the underlying motion or response. Accordingly, if a junior attorney (i.e., a lawyer practicing for less than seven years) argues a motion or opposition for a party, the Court will allow multiple attorneys to argue for that party so that issues can be split between attorneys or a more senior attorney can offer clarification, if necessary.*