**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **MAIN PASS OIL GATHERING COMPANY, LLC** | § | **CIVIL ACTION NO. 25-00890** |
| ***Plaintiff,*** | § | **JUDGE IVAN L.R. LEMELLE** |
| **v.** | § | **MAG. JUDGE EVA J. DOSSIER** |
| **SUBSEA 7 MARINE (US) INC.** | § | |
| ***Defendant.*** | § | |

**THIRD-PARTY DEFENDANT THIRD COAST INFRASTRUCTURE, LLC'S JOINDER IN MAIN PASS OIL GATHERING COMPANY, LLC'S PARTIAL MOTION TO DISMISS**

Third-Party Defendant Third Coast Infrastructure, LLC ("Third Coast Infrastructure") hereby files this Joinder in Defendant-In-Intervention Main Pass Oil Gathering Company, LLC's ("Main Pass") Partial Motion to Dismiss Anadarko Petroleum Corporation and Anadarko US Offshore LLC's (collectively, "Anadarko") Second Supplemental and Amended Complaint-in-Intervention (the "Partial Motion to Dismiss") (Dkt. 82).

Third Coast Infrastructure adopts, joins in, and incorporates by reference the arguments and supporting evidence set forth in the Partial Motion to Dismiss. By joining in the Partial Motion to Dismiss, Third Coast Infrastructure hereby requests this Court to dismiss Anadarko's claims for consequential damages in Anadarko's Second Supplemental and Amended Complaint-in-Intervention with prejudice.

WHEREFORE, PREMISES CONSIDERED, Third-Party Defendant Third Coast Infrastructure respectfully requests that the Court grant Main Pass's Partial Motion to Dismiss, dismiss Anadarko's claims for consequential damages in Anadarko's Second Supplemental and Amended Complaint-in-Intervention with prejudice, and grant any such other and further relief to which Third Coast Infrastructure may be justly entitled.

Dated: October 16, 2026

Respectfully submitted,

**BRACEWELL LLP**

By: */s/ Stephen B. Crain*
Stephen B. Crain
(T.A./pro hac vice)
Texas State Bar No. 04994580
Joshua T. Windsor
(pro hac vice)
Texas State Bar No. 24110541
Haley M. Bernal
(pro hac vice)
Texas State Bar No. 24132533
711 Louisiana Street, Suite 2300
Houston, TX 77002
Tele: (713) 221-1305
Fax: (800) 404-3970
Email: stephen.crain@bracewell.com
Email: Joshua.windsor@bracewell.com
Email: haley.bernal@bracewell.com

-and-

MILLER HAHN, PLLC

*/s/ Stephanie D. Skinner*
Stephanie D. Skinner (#21100)
Kent B. Ryan (#18418)
365 Canal St., Ste. 860
New Orleans, LA 70130
Tele: (504) 684-5044
Fax: (866) 578-2230
Email: kryan@millerlaw-firm.com
Email: sskinner@millerlaw-firm.com

**ATTORNEYS FOR THIRD-PARTY DEFENDANT THIRD COAST INFRASTRUCTURE, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of October, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, having enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

*/s/ Stephanie D. Skinner*
Stephanie D. Skinner